# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# LOVE YOURSELF WELL

**Reg. No. 6,642,736**
**Registered Feb. 15, 2022**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

Ogilvie Brands, Inc. (DELAWARE CORPORATION), DBA Love Wellness
Suite 8500
1 World Trade Center
New York, NEW YORK 10007

CLASS 5: Vitamin supplements; dietary supplements; nutritional supplements

FIRST USE 2-00-2020; IN COMMERCE 2-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-388,821, FILED 12-17-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# LOVE WELLNESS

**Reg. No. 5,787,980**
**Registered Jun. 25, 2019**
**Int. Cl.: 3, 5, 35**
**Service Mark**
**Trademark**
**Principal Register**

Ogilvie Brands, Inc. (NEW YORK CORPORATION), DBA Love Wellness
Suite 8500
1 World Trade Center
New York, NEW YORK 10007

CLASS 3: Body wash; Feminine deodorant suppositories; Non-medicated feminine hygiene wash; Wipes impregnated with a skin cleanser; Personal care products, namely, non-medicated skin care preparations; Pre-moistened disposable wipes with a cleansing preparation for personal hygiene; Body cleansing wipes, namely, wipes impregnated with a skin cleanser

FIRST USE 1-11-2016; IN COMMERCE 1-11-2016

CLASS 5: Probiotic supplements; Sanitizing wipes; Vaginal moisturizers; Vitamin supplements; Dietary supplements; Nutritional supplements

FIRST USE 1-11-2016; IN COMMERCE 1-11-2016

CLASS 35: On-line retail store services featuring personal care products, vitamin supplements, dietary supplements and nutritional supplements

FIRST USE 1-11-2016; IN COMMERCE 1-11-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WELLNESS"

SER. NO. 88-975,061, FILED 08-16-2018



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# love yourself well

**Reg. No. 6,349,074**  
**Registered May 11, 2021**  
**Int. Cl.: 35**  
**Service Mark**  
**Principal Register**

Ogilvie Brands, Inc. (NEW YORK CORPORATION), DBA Love Wellness  
1 World Trade Center, Suite 8500  
New York, NEW YORK 10007

CLASS 35: On-line retail store services featuring vitamin supplements, dietary supplements, nutritional supplements, and personal health and wellness preparations

FIRST USE 2-00-2020; IN COMMERCE 2-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-616,713, FILED 09-13-2019





Performing the Functions and Duties of the  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,323,829**
**Registered Apr. 13, 2021**
**Int. Cl.: 3, 5**
**Trademark**
**Principal Register**



*[signature]*
Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

Ogilvie Brands, Inc.  (DELAWARE CORPORATION), DBA Love Wellness
Suite 8500
1 World Trade Center
New York, NEW YORK 10007

CLASS 3: Body wash; feminine deodorant suppositories; non-medicated feminine hygiene wash; wipes impregnated with a skin cleanser; personal care products, namely, non-medicated skin care preparations; pre-moistened disposable cosmetic wipes impregnated with a cleansing preparation for personal hygiene; body cleansing cosmetic wipes, namely, wipes impregnated with a skin cleanser

FIRST USE 2-10-2020; IN COMMERCE 2-10-2020

CLASS 5: Vitamin supplements; dietary supplements; nutritional supplements; probiotic supplements; sanitizing wipes; vaginal moisturizers; personal lubricants

FIRST USE 2-10-2020; IN COMMERCE 2-10-2020

The mark consists of the wording "LOVE WELLNESS" in stylized form and a shaded square. The word "LOVE" is formed by the letters "LO" stacked above the letters "VE", all appearing within the aforementioned shaded square. The "L" in the word "LOVE" is formed by a vertically arranged rectangle and a triangle with a curved side, the letter "O" in the word "LOVE" is formed by a circle divided in the middle, the letter "V" in the word "LOVE" is formed by a thick, curved line on the left and a sideways arranged heart on the right, and the letter "E" in the word "LOVE" is formed by a vertically arranged rectangle, two triangles, each with a curved side, and a circle. The word "WELLNESS" appears in all capital letters vertically arranged to the right of the shaded square.

OWNER OF U.S. REG. NO. 6031056, 5787981, 5787980

No claim is made to the exclusive right to use the following apart from the mark as



shown: "WELLNESS"

SER. NO. 88-820,551, FILED 03-04-2020

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,323,828**
**Registered Apr. 13, 2021**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

Ogilvie Brands, Inc. (DELAWARE CORPORATION), DBA Love Wellness
Suite 8500
1 World Trade Center
New York, NEW YORK 10007

CLASS 35: On-line retail store services featuring personal care products, intimate personal care products, skin care products, vitamin supplements, dietary supplements and nutritional supplements

FIRST USE 2-10-2020; IN COMMERCE 2-10-2020

The mark consists of the stacked, stylized wording "LOVE WELLNESS". The word "LOVE" is shaded with the letter "L" therein formed by a shaded, vertically arranged rectangle and a shaded triangle with a curved side, with the letter "O" therein formed by a shaded circle divided in the middle, with the letter "V" therein formed by a thick, shaded curved line on the left and a shaded, sideways arranged heart on the right, and with the letter "E" therein formed by a shaded, vertically arranged rectangle, two shaded triangles, each with a curved side, and a shaded circle. The word "WELLNESS" appears in all capital letters underneath the word "LOVE".

OWNER OF U.S. REG. NO. 6031056, 5787981, 5787980

No claim is made to the exclusive right to use the following apart from the mark as shown: "WELLNESS"

SER. NO. 88-820,531, FILED 03-04-2020




Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# WHOLE LOVE

**Reg. No. 6,317,239**  
**Registered Apr. 06, 2021**  
**Int. Cl.: 5**  
**Trademark**  
**Principal Register**

Ogilvie Brands, Inc. (DELAWARE CORPORATION), DBA Love Wellness  
Suite 8500  
1 World Trade Center  
New York, NEW YORK 10007

CLASS 5: Vitamins

FIRST USE 10-6-2020; IN COMMERCE 10-6-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-929,559, FILED 05-22-2020





Performing the Functions and Duties of the  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# metabo love

**Reg. No. 6,310,485**  
**Registered Mar. 30, 2021**  
**Int. Cl.: 5**  
**Trademark**  
**Principal Register**

Ogilvie Brands, Inc. (DELAWARE CORPORATION), DBA Love Wellness  
Suite 8500  
1 World Trade Center  
New York, NEW YORK 10007

CLASS 5: Vitamin supplements; dietary supplements; nutritional supplements

FIRST USE 8-00-2019; IN COMMERCE 8-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 6030526

SER. NO. 88-820,511, FILED 03-04-2020





Performing the Functions and Duties of the  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# Daily Love

**Reg. No. 6,310,318**
**Registered Mar. 30, 2021**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

Ogilvie Brands, Inc. (DELAWARE CORPORATION), DBA Love Wellness
Suite 8500
1 World Trade Center
New York, NEW YORK 10007

CLASS 5: Vitamin supplements; nutritional supplements; dietary supplements

FIRST USE 9-9-2020; IN COMMERCE 9-9-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "DAILY"

SER. NO. 88-782,529, FILED 02-03-2020






Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# I LOVE WELLNESS

**Reg. No. 6,092,232**
**Registered Jun. 30, 2020**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Ogilvie Brands, Inc. (NEW YORK CORPORATION), DBA Love Wellness
Suite 8500
1 World Trade Center
New York, NEW YORK 10007

CLASS 41: Entertainment services, namely, providing podcasts and digital media in the nature of online non-downloadable visual and audio recordings in the field of personal health and wellness; entertainment, namely, production of shows in the field of personal health and wellness; entertainment, namely, a continuing personal health and wellness show broadcast over television, satellite, internet, podcast, audio and video media

FIRST USE 6-12-2019; IN COMMERCE 6-12-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WELLNESS"

SER. NO. 88-439,528, FILED 05-21-2019



Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 6,031,057** | Ogilvie Brands, Inc.  (NEW YORK CORPORATION), DBA Love Wellness<br>Suite 8500 |
| **Registered Apr. 07, 2020** | 1 World Trade Center<br>New York, NEW YORK 10007 |
| **Int. Cl.: 5** | CLASS 5: Personal lubricants |
| **Trademark** | FIRST USE 7-00-2019; IN COMMERCE 7-00-2019 |
| **Principal Register** | The mark consists of a heart shape formed by intersecting lines forming two opposing top sections and a single bottom section, all above stylized letters "LOVE", all above stylized letters "WELLNESS". |
| | No claim is made to the exclusive right to use the following apart from the mark as shown: "WELLNESS" |
| | SER. NO. 88-976,563, FILED 08-15-2018 |



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LOVE WELLNESS

**Reg. No. 6,031,056**  
**Registered Apr. 07, 2020**  
**Int. Cl.: 5**  
**Trademark**  
**Principal Register**

Ogilvie Brands, Inc. (NEW YORK CORPORATION), DBA Love Wellness
Suite 8500
1 World Trade Center
New York, NEW YORK 10007

CLASS 5: Personal lubricants

FIRST USE 7-00-2019; IN COMMERCE 7-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WELLNESS"

SER. NO. 88-976,561, FILED 08-16-2018



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,787,981**
**Registered Jun. 25, 2019**
**Int. Cl.: 3, 5, 35**
**Service Mark**
**Trademark**
**Principal Register**

Ogilvie Brands, Inc. (NEW YORK CORPORATION), DBA Love Wellness
Suite 8500
1 World Trade Center
New York, NEW YORK 10007

CLASS 3: Body wash; Feminine deodorant suppositories; Non-medicated feminine hygiene wash; Wipes impregnated with a skin cleanser; Personal care products, namely, non-medicated skin care preparations; Pre-moistened disposable wipes with a cleansing preparation for personal hygiene; Body cleansing wipes, namely, wipes impregnated with a skin cleanser

FIRST USE 8-6-2018; IN COMMERCE 8-6-2018

CLASS 5: Probiotic supplements; Sanitizing wipes; Vaginal moisturizers; Vitamin supplements; Dietary supplements; Nutritional supplements

FIRST USE 8-6-2018; IN COMMERCE 8-6-2018

CLASS 35: On-line retail store services featuring personal care products, vitamin supplements, dietary supplements and nutritional supplements

FIRST USE 8-6-2018; IN COMMERCE 8-6-2018

The mark consists of a heart shape formed by intersecting lines forming two opposing top sections and a single bottom section, all above stylized letters "LOVE", all above stylized letters "WELLNESS".

No claim is made to the exclusive right to use the following apart from the mark as shown: "WELLNESS"

SER. NO. 88-975,062, FILED 08-15-2018



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

## LOVE WELLNESS the killer

| | |
|---|---|
| **Reg. No. 5,684,097** | Ogilvie Brands, Inc. (NEW YORK CORPORATION), DBA Love Wellness<br>Suite 8500<br>1 World Trade Center<br>New York, NEW YORK 10007 |
| **Registered Feb. 26, 2019** | |
| **Int. Cl.: 5** | CLASS 5: suppositories and capsules to address feminine infections; suppositories and capsules for vaginal health; dietary supplements; nutritional supplements |
| **Trademark** | |
| **Principal Register** | FIRST USE 10-13-2016; IN COMMERCE 10-13-2016 |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | No claim is made to the exclusive right to use the following apart from the mark as shown: "WELLNESS" |
| | SER. NO. 87-915,714, FILED 05-10-2018 |



Director of the United States
Patent and Trademark Office