# EXHIBIT B









## Shop Our Best Sellers

At Love Wellness, we ditch fragrance & toxic ingredients for natural products that actually work.







**SHOP BEST SELLERS**



60,000+ Reviews

"I've struggled with yeast infections for years, and The Killer® is seriously the only thing that helps."

Lizzie L.
New York, NY

"I use Comfy Cream post-shave and my bikini line has never been so soft and not irritated. Def a must for summer!"

Alexa M.
Chicago, IL

"My vulva has been irritated for several months now. I used pH Balancing Cleanser™ and it instantly cured the irritation."

Jackie B.
Marin, CA

**SHOP ALL**



"Traditional women's wellness products failed me ..."

That's why I created Love Wellness using new research and science-backed ingredients. We're the only ones that focus on gut, brain, AND vaginal wellness because not only are all three connected, but all three must feel healthy, supported, and balanced for you to Love Yourself Well®.



Lo Bosworth
Founder & CEO










*These statements have not been evaluated by the Food and Drug Administration. Products are not intended to diagnose, treat, cure, or prevent any disease. The information provided does not constitute medical advice and should not take the place of consulting a physician. This information does not and should not replace treatment from a medical professional. If you need medical advice or assistance, you should consult a physician.

https://lovewellness.com/    Microsoft Edge 113.0.1774.57    2:51:49 PM 6/2/2023    Windows 10 Enterprise 64-bit Build 19044



