# EXHIBIT E





Every item on this page was chosen by an ELLE editor. We may earn commission on some of the items you choose to buy.

Culture > Office Hours

# After *The Hills*, Lo Bosworth Took Control of Her Own Narrative

BY CLAIRE STERN    PUBLISHED: JUL 28, 2022

🔖 Save Article

| NAME —— LO BOSWORTH | DATE —— JULY 28, 2022 |
|---|---|



## OFFICE HOURS



STYLISH DESIGN
STYLISH DESIGN
TAILORED TO YOU

BUILD YOURS

*In ELLE.com's monthly series* Office Hours, *we ask people in powerful positions to take us through their first jobs, worst jobs, and everything in between. This month, we spoke with Lo Bosworth, who you likely remember from* The Hills, *arguably the most iconic reality series of the 2000s. Since 2016, she's distanced herself from Hollywood and pivoted to the health and beauty world, serving as the founder and CEO of feminine body care brand Love Wellness. "I spent the years of 16 to 24 working on television and not being able to control my narrative or how I was being portrayed," she tells ELLE.com. "It was always somebody higher up on the cutting room floor." Now, Bosworth is owning her story—and the feminine care space—with her growing company and forthcoming book,* Love Yourself Well. *Here, she talks transitioning out of the spotlight, how she became an entrepreneur, and advice (or non-advice?) she'd give her younger self.*

### My very first job

When I was in middle school, there was a program in Laguna Beach called Park Night where the older students would babysit all the kids in the neighborhood. Parents would come to the local park a couple of nights a week and pay $10 or $20 to drop their kids off for two or three hours. I think I got paid 20 to 40 bucks a night. It felt like *The Baby-Sitters Club*, but on a smaller scale.

### My worst job

After *The Hills* wrapped, I was pretty disillusioned with being "talent" [*laughs*], but I was still deeply entrenched in the entertainment industry, so I ended up working for a sports talent agency for about a year. It was particularly hard for me because my experience in Hollywood was that your next paycheck is never guaranteed, and you're constantly waiting for the phone to ring hoping that somebody wants to hire you. And being on the other side of it turned out to be even worse, because people were looking to *me* for that sense of security, to call them and say, "Hey, you got this job." More often than not, you don't get the job. It wasn't fun to be the bearer of bad news all the time. I wound up quitting after a year,

and that's when I moved to New York City, in 2012.

Advertisement - Continue Reading Below





FROM THE DESK OF

## LO BOSWORTH

**+ MY HERO**

Definitely my sweet mom, for all the reasons you would choose your sweet mom as your hero.

**+ MY WFH SNACK**

Some kind of combination of a turkey meatball with roasted vegetables, maybe a little cottage cheese, and some kind of sauce all over it.

**+ HOW I RELAX**

I do an exercise for my vagus nerve: breathe in for four seconds, hold it for seven, breathe out for eight. It activates your parasympathetic nervous system.

### How I transitioned from reality TV star to entrepreneur

First, I went to culinary school. I was even in early negotiations with The Food Network and the Cooking Channel to have a show when they decided to walk away from the project, which is what happens in entertainment all the time. It was that experience that ultimately made me realize that content creation has the ability to be fully democratized: everybody is a creator, and everybody can own their own story. After making peace with the fact that I was in a position of privilege, in terms of having a platform and an audience, I started to create content, but on my own terms. I supported myself in that way for many years and launched Love Wellness in 2016. I didn't take a salary for three years and was just living off Instagram posts. Being a CEO is where I feel most comfortable, because I just want to be in control of my own destiny.

### Why I launched Love Wellness

Eighteen months before I started Love Wellness, I was very unwell—and it happened overnight. It took that amount of time, different doctor's appointments, a lot of medical gaslighting, and self-advocacy to discover that my depression, anxiety, and recurrent yeast infections were being caused by some pretty severe vitamin deficiencies, and a microbiome imbalance in my gut. I was at the drug store constantly, buying old-school legacy brand products and trying to figure out what could work for my body. Ultimately, it was a combination of prescription medications and amazing probiotics that are made specifically for women's vaginal and urinary tract health that helped me get better and pave a path forward.

I realized then that there was not an innovative, education-first brand when it came to women's personal care. And I felt like, with my experience and my platform and audience, I could share what I had learned. So I invested every dollar I had left from *The Hills* and creating content, basically my nest egg, into starting my business. I built the first website myself, did all the customer experience, and cold-called manufacturers. We launched with five personal care products, which are still available today and are our best-sellers. I started to learn and understand that there is a really meaningful audience for feminine body care that works, that is mission-driven, focused on innovation, and cares about women's bodies.

Also, I started the brand because I felt embarrassed about buying products in the tampon aisle. I would double-bag every time I went to CVS. I thought, "Could I create a vaginal suppository that you could hold in your hand and actually makes you feel joy?" I set out to create that emotional experience for women when it came to needing products for our bodies. If you happen to need an anti-fungal, do you really need to be made to feel like it's the end of the world and you should hide it in



be made to feel like it's the end of the world and you should hide it in your bathroom cabinet? No! You want a brand and a product that makes you feel excited about the relief that's about to come.

### Advice for starting your own business

If you have had a personal experience and solved your own problem, then you probably have a great business idea on your hands. The opportunity to start new businesses is still limitless. I think we're at a point where everybody thinks all of the good ideas are taken, but that's simply not true, because as humans continue to evolve, there are problems left and right. It doesn't matter if people don't believe you or buy into it. If you go back and Google the very first articles that were written about Love Wellness, they were not positive—they made fun of me, the business, and everything that we were doing. That tune has changed significantly since we've grown to scale. We're a best-selling brand at Target; people take us seriously. Don't buy into the negativity that people may throw your way.

### Why I chose to stay behind the scenes

It was definitely an intentional decision. There's still bias against people who have been on a reality TV show, and I'm fully aware of that. For the brand to have the best opportunity it possibly can to help people, me being behind the scenes [of the company] is critical. I don't really care if you like me or dislike me; if the products work for you, that's all that matters. I don't care if you know that I'm the CEO. It doesn't do anything for me or my ego, I'm just happy to have the opportunity to create something that works.

### The biggest misconception about my job

When people discover that it is my company, they assume that I've been hired by a private equity firm to be the face. I'm like, "No! I actually did this on my own and invested all my own money, and I lead product innovation. This is my universe."



**FROM THE DESK OF**

## LO BOSWORTH

**+ THE BEST WAY TO REACH ME**

Text message, absolutely. Do not email me; my inbox is a horrifying place.

**+ HOW MANY ALARMS I SET EACH DAY**

Generally, I get up before my alarm. My body is typically like clockwork. I wish I could sleep later, to be honest. I just can't.

**+ BEST CAREER ADVICE I'VE RECEIVED**

My dad always says, "Loose lips sink ships." So, don't talk about stuff before it's real.

**+ MY OPEN TABS**

Upside Pizza, because we're ordering pizza for our board meeting today; *The New York Post*, which I'm on constantly; BBC News to get that worldview news on *Roe v. Wade*; and then a million Google tabs.

### Important lessons I've learned

Understanding that everybody has value and everybody brings something to the table. The kind of brutality I observed in Hollywood is not something that I'm interested in perpetuating in my everyday life or in my business at all. In that world, you're either the chosen one or you're not. Your talent is a commodity, and in a different type of setting, your brain and your creativity and your value are just as important. You don't have to be the popular kid to live a fulfilled and important life.



**FROM THE DESK OF**

## LO BOSWORTH

**+ GO-TO EMAIL SIGNOFF**

All the best.

**+ MY FIRST SALARY**

We were paid $1,500 for the entire first season of *Laguna Beach*. Highway robbery!

**+ WHAT I DO FOR SELF-CARE**

I'm big into hydrotherapy, taking

### Advice I'd give to my younger self

I frankly don't know if I would give my younger self advice, because experiences, good or bad, are meant to be experienced, and it's the only way that you learn and grow. I wouldn't go back and do it differently. It's formed me into who I am today.

### My approach to making change in the feminine care space



STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN

STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN

STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN

STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN
TAILORED TO YOU

STYLISH DESIGN
TAILORED TO YOU

BUILD YOURS

I'm big into hydrotherapy: taking a bath, going in the steam room. I even have a tiny infrared sauna in my apartment.

---



● MY WORK PHILOSOPHY

I really believe in work-life balance. I stop working at around 6 P.M. every night. When I'm done, I'm *done*.

---

If you want to change your life and own your narrative, you have to stick with it. I've been doing this for six years, day in and day out, and a lot of people did not buy into this at first. The reason we're successful today is because I never deviated from the path. If you really believe in it, it will happen.

*This interview has been edited and condensed for clarity.*

---

**CLAIRE STERN**

DEPUTY EDITOR

Claire Stern is the Deputy Editor of ELLE.com. Previously, she served as Editor at Bergdorf Goodman. Her interests include fashion, food, travel, music, Peloton, and *The Hills*—not necessarily in that order. She used to have a Harriet the Spy notebook and isn't ashamed to admit it.

---

## Want the latest beauty trend, TV show, or meme explained? We've got you.

| ✉ Pop in your email address. | SIGN ME UP. |
|---|---|

By signing up, I agree to Hearst Magazines' Terms of Use (including the dispute resolution procedures); my information will be used as described in the Privacy Notice.



JAPAN IS



Subscribe to our newsletter for your daily dose of must-know beauty news & research.

**Sign Up**

BEAUTY CREATORS AWARDS



## 5 Minutes with Love Wellness Founder Lauren Bosworth

In a 5 Minutes Q&A, Love Wellness founder Lauren Bosworth talks about taking the embarrassment out of shopping for personal care products.

BY ANDREA NAGEL | PUBLISHED APRIL 4, 2022

*Lauren Bosworth started Love Wellness with a simple idea: self-care meets body positivity. For the former television personality, this meant a brand centered on the need for straightforward and accessible products that take an inside-out approach to health and wellness (think: pH-balancing skin care, daily vitamins, and probiotic-packed supplements that deal with everything from digestive health to intimate hygiene). Developed in collaboration with a team of women — including physicians, holistic doctors and nutritionists — Lauren's collection is designed to take the embarrassment out of shopping for personal care products. To ensure a positive experience, the CEO and Founder imbued her brand with bright colors and cheeky names (i.e. UTI Don't Think So), and offers routine-building kits as well as a customizable subscription service. "My goal was to create something that not only worked, but would empower women to take charge of their health," said Lauren, who is a 2022 CEW Beauty Creators Awards Ambassador. Here, in a 5 Minutes Q&A, Lauren sits with CEW Beauty News to chat about her business background, beauty trends, and what's next for Love Wellness.*

**BN: Please share a little about your journey into the beauty/wellness space. What has the experience been like?**

**LB:** I started Love Wellness by myself in my New York City apartment after I had been struggling with severe vitamin deficiencies. I worked with my doctors to create products to help solve my own health problems and realized there was a huge white space in the market for clean, effective products with messaging that was body positive for women. For so long women's wellness products had been legacy brands that made women feel embarrassed or ashamed or were inaccessible to the average consumer. My goal was to create something that not only worked, but would empower women to take charge of their health. Since my beginning in the wellness and beauty space, I've seen the industry grow with so many incredible brands starting up. It's been wonderful to see consumers are prioritizing their health and how companies are responding to this shift.

**BN: Most are familiar with your entertainment background, but can you please share a bit about your business background and how, as an entrepreneur, you are navigating this industry?**

**LB:** My background in business is rooted in working for myself since a young age. I've been a content creator for many years and through that experience I built an understanding of how to connect with my audience which has been vital for Love Wellness. I started Love Wellness in 2016 and hired my first employee in 2018. For the two years in between this, I sat in every chair of the business which has ultimately helped me navigate our growth. I used to cold call contract manufacturers to create our products, answered every customer service email and

### Top 5 Stories

**1** The 9 Top Selling Products at Bluemercury

**2** How About That! Female Founder Honoree Nyakio Grieco, Founder & CEO, Thirteen Lune, and Relevant: Your Skin Seen

**3** How I Became: Toydra Mitchell Jackson, Chief Marketing Officer, SheaMoisture

**4** How About That! Female Founder Honoree Tracee Ellis Ross, Founder & CEO, PATTERN Beauty

**5** Hilla Ram: How I Became SVP, Global Hair Care Brands and Global Beauty Analytics & Insights Leader, P&G Beauty

### Signature Events

**JULY 12, 2023**



STATE OF THE INDUSTRY
TECHNOLOGY THAT WILL
TRANSFORM BEAUTY

Beauty tech is undergoing a sea change – with AI, AR, XR, and biotech realizing advances at an unprecedented rate. To succeed, the industry needs to grab onto the latest...

Learn More

**SEPTEMBER 21, 2023**



2023 CEW BEAUTY BAZAAR

Join us September 21st for our second annual Beauty Bazaar – a live interactive event that reveals the Finalists of this year's Beauty Creators Awards – a program that celebrates...

Learn More

### ALWAYS ON



WEBINARS

contract manufacturers to create our products, answered every customer service email, and built our first website myself. Knowing these different aspects of the business has helped me to navigate being an entrepreneur.

**BN: What are some of your big goals for Love Wellness in 2022?**



**LB:** This year, we're excited to amplify education around probiotics as we continue to launch different probiotics for different body parts. This is the future of the probiotic category and because of our existing innovation, we certainly have the right to win here. Each new launch will help us to lead authentically with education in the self-care space. In addition to product innovation, we're excited to expand our community reach. We currently have an online community forum, The Love Club in beta.

**BN: As someone who is relatively new to beauty, what has been your experience so far?**

**LB:** Being part of the beauty and wellness industry has been an exciting period for myself and the Love Wellness team. We've been able to connect with new retailers and consumers and make new connections. Our products help one to feel beautiful from within and we've found that message resonates well within the beauty community.

**BN: Do you have mentors? Who are you leaning on for guidance?**

**LB:** My parents have been incredible mentors to me throughout my career and are the people I always lean on for guidance. They are people who have my back through everything and I find them to have great perspectives on all things from life to business.

**BN: What trends in beauty do you most identify with as a beauty consumer?**

**LB:** I'm a lover of all things beauty — from makeup, to skin care, to hair care. I've always loved experimenting with makeup and my look. Currently, I'm inspired by the *Euphoria* look and trend — everything from using more color in eye makeup or adding jewels to finish off a look. This trend is encouraging because it invites consumers to play with their makeup and is a reminder that you can express yourself through beauty.

**BN: Why do you think it's important for a brand to seek peer recognition?**

**LB:** Peer recognition strengthens the entire beauty and wellness community. As brands support one another, it helps them each to grow.

**BN: What are your thoughts on CEW's Beauty Creators Awards for smaller brands?**

**LB:** The CEW Beauty Creators Awards are a wonderful way for smaller brands to get the recognition they deserve. The platform and recognition they can gain through these awards might be one catalyst to take them from a 'small brand' to the next major must-have brand.

*To enter your products into this year's CEW Beauty Creators Awards–an annual program honoring outstanding product innovation and the teams that create them–please click here. Product entries to participate in this year's event close April 20. You can't win if you don't enter.*

WEBINARS

Need a break from your day? Love to learn but short on time? Check out our 80+ hours of educational beauty webinars, plus short beauty video interviews with thought leaders in the biz.

Learn More

**Become An Event Sponsor**

Get the attention you deserve with high visibility and seamless integration in our events and digital content—plus access to Board members, honorees, and thought leaders.

FIND OUT MORE

**Discussion Forum**

Have a question? Looking for resources? CEW Members are a lively community here to save the day.

JOIN THE CONVERSATION

 Meet Our Board



**Catherine Wells**

Chair, Employment Group

CSG



**Want to keep your creativity & career growing?**

Become a CEW Member for access to inspiring educational programs, data, content, and—of course—natural ways to make connections.

JOIN NOW

**CEW Member Directory**

The ultimate who's who guide for the beauty industry! Enjoy making fast connections you & your team need to build your business, with contact info for thousands of Members.

TAKE ME THERE!

**Find a Job / Post a Job**

Looking for the job of your dreams? Or struggling to find amazing new hires? Look no further than our listings!

CHECK IT OUT

You'll also want to read…







CEW EXCLUSIVE

**CEW Cheat Sheet: March 15, 2023**



BEST SELLERS

**The 9 Top Selling Products at Bluemercury**

Tracy Kline, Head of Merchandising, Spa and Supply Chain, Bluemercury, reveals the items ...



BLACK-OWNED BEAUTY

**Erica Culpepper Talks Priorities for her New Role as GM, IT Cosmetics, L'Oréal USA**



LOVE BEING A BEAUTY INSIDER?

Stay on top of beauty trends and exclusive research & data!

Sign us for our CEW Daily Newsletter now

BECOME A MEMBER   WHO WE ARE   MEET OUR TEAM   FAQ/HELP

SPONSORSHIPS & ADVERTISING   FIND A JOB/POST A JOB   MEMBER DIRECTORY   RECENT PRESS



We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept


WELLNESS | APR. 26, 2021

# Lo Bosworth, Secret Wellness Queen

By Kathleen Hou





Photo credit caption

Lo Bosworth hated being on TV. That's right: Every single time you saw Bosworth in her eight years on *Laguna Beach* and *The Hills*, she fervently wished she were someplace else. The time she had to confront Audrina Patridge in a guest house about how she wasn't pulling her weight in their friendship? Hated it. Any time she had to put on a going-out top, go to a nightclub, and listen to Lauren Conrad and Patridge "fight"? Hated it. The time she arched her eyebrows and quipped, "So you *don't* want us to call you Justin Bobby?" Hated it. (Well, maybe she liked that — a little.)

"For a certain period of time, being young, having access to certain things, and getting a nice paycheck from time to time was enjoyable," Bosworth tells me. "But people staring at me — I don't like it. And I didn't like not being in charge of my narrative." When asked about doing more reality television in 2018, she responded: "Fuck no. I don't want to be associated with those people."



We're sitting together for breakfast downtown, and she's several degrees less bleached blonde than she was on MTV. Bare-faced, wearing boot-cut jeans and small gold hoops, she looks like a New Yorker with a desk job — which she is. These days, Lo's spending her time selling vitamins, probiotics, and an improbably popular boric-acid suppository through Love Wellness, her women's-health company.



Sign up for the Cut Shop newsletter

*A stylish weekly guide to help you make good choices about what to spend your money on.*

[ Enter your email ]  SIGN UP

The brand focuses on girl-next-door supplements: glittery fiber pills (Sparkle Fiber), de-bloating pills (Bye Bye Bloat), melatonin (Sleeping Beauty), cranberry extract pills (UTI Don't Think So), and probiotics (Good Girl Probiotics). When lined up all together, they form a pretty pastel rainbow, a Instagrammable tower to female anxiety, wellness, and capitalism. But if this sounds like another case of vagina jade eggs nonsense — at worst, harmful; at best, a waste of money — there's a little more to Lo's story.

Bosworth's brand seems beloved online, with nearly every item getting rave reviews on multiple sites. One of her best-sellers, The Killer, which offers a

THE CUT SHOP



› 58 Best Sneakers for Women in Every Single Style

› I'm On the Hunt for the Best Sunscreens Without a White Cast

› I'm On the Hunt for the Best Sunscreens Without a White Cast

› I'm On the Hunt for the Best Sunscreens Without a White Cast

› I'm On the Hunt for the Best Sunscreens Without a White Cast

› I'm On the Hunt for the Best Sunscreens Without a White Cast

› I'm On the Hunt for the Best Sunscreens Without a White Cast

Sunscreens Without a White

boric-acid-based solution to vaginal discomfort, has close to 6,000 five-star reviews across Target, Ulta, and Love Wellness' own sites. How did Lo-Bosworth convince an entire *Hills*-watching generation to trust her with their most intimate physical needs?

It started after Bosworth left the cocoon of *Laguna Beach* and its spinoff shows and podcasts, in 2010. She was the only one of her former colleagues who tried to puncture the reality-TV bubble, and like a lot of 20-somethings, she found herself experimenting with different life paths. She worked for a production company. She went to the French Culinary Institute, training to become a professional chef. She started a blog called The LoDown. She made a YouTube channel. She moved back and forth between L.A. and NYC. She co-founded a party-in-a-box start-up, which failed.

The natural next step for a reality TV star is becoming an influencer. But, Bosworth says, laughing, "my Instagram sucks." (600,000-ish people follow her there anyway.) "I realized early on that working with brands was not a sustainable way to approach my future. There's a handful of women doing it successfully, and it's difficult to get to that point. Otherwise, it's a fruitless exercise for a couple of extra paychecks."



"You don't understand the long-term effects of participating in something like [reality TV]," she adds. "If you've done something that makes you uncomfortable and allows people to form an opinion of you, how do you escape it? You cannot."

Then in 2013, Bosworth stopped feeling like herself. She was dizzy all the time. She had panic attacks that lasted for days and days. She was depressed. "Imagine you're pouring a glass of water and you just keep pouring and pouring and it starts to overflow — that was the experience of being in my body," she said. She saw doctors, nurse practitioners, naturopaths, and ob-gyns — a different person every week. She visited drug stores looking for OTC cures. "They thought I was too stressed, I needed more rest, and should go to therapy. I did all those things." She knew stress had an effect, but she felt there was an underlying cause.

Finally, a doctor told her that she had severe vitamin deficiencies across the board. It was bad enough that when they received the results, the doctor wouldn't let her leave until she immediately got a vitamin injection. Bosworth started getting the injections once a week for two years. She also found another way to add vitamins to her life: In 2016, she sat in her living room and created a company. She bootstrapped Love Wellness and was its sole and first employee for a while, doing everything from building the website to figuring out manufacturing, logistics, insurance, and marketing.

Her entertainment background was an undeniable initial asset. "I was fortunate to be able to talk about the brand on my own channels for free for the first two years and create that initial brand success, awareness, and customer base through my own network. There is no denying that I had a leg up when it came to launching the business." By 2019, the brand was doing more than eight figures of revenue, and sales have remained healthy throughout the pandemic.

But is the hype actually real, or is it more like semi-scripted-reality-show real? The reviews for The Killer, by women plagued with recurring vaginitis (vaginal inflammation, like yeast infections or bacterial vaginosis), are almost all ecstatic. "I have no idea why this works, but it's fantastic and I love it," says one. While DIY women's-health groups online tout The Killer's main ingredient, boric acid, as a cure, some doctors worry. In 2016, Dr. Jen Gunter, the gynecologist best known for wanting to protect vaginas from Goop, told the Cut, "You can easily damage the mucus in the vagina, if you use it chronically."

Still, multiple studies conclude that it is an effective treatment that "acidifies" the vagina and "discourages the growth of organisms that lead to the infections," explains Dr. Jane Minkin, a clinical professor in the Department of Obstetrics, Gynecology, and Reproductive Sciences at the Yale University School of Medicine. According to Dr. Brandye Wilson-Manigat, an ob-gyn based in Pasadena, California, the problems come when people wrongly self-diagnose and use it to treat something that's not vaginitis. When used with a doctor's guidance, both agree that boric acid is effective. (Though they're both inclined to recommend a product called Rephresh Probiotics first.)

Nowadays, no one seems to be aware that a *Laguna Beach* alum is behind Love Wellness. You can find photos of the brand's wellness advisers (all doctors) on the homepage, but Lo's photo isn't on there. If you want to find it, you need to really search for it, in the site navigation at the very, very bottom where legalese is usually found, in the "About Us" section.

Although her TV job was to react to other people's drama, Bosworth doesn't worry about what any of her former castmates think about her new

Cast

14 Luxury Candles That Are Worth It

MOST VIEWED STORIES

1.  Madame Clairevoyant: Horoscopes for the Week of May 22

2.  Savannah James, MVP

3.  Alive Girl Is Really Living

4.  Texas Woman Had Stillbirth After Hospital Threatened Her

5.  Ariana Madix Is Making a Fortune From All This After Hospital Threatened Her

5.  Ariana Madix Is Making a

5.  Ariana Madix Is Making a Fortune From All This

    After Hospital Threatened Her

5.  Ariana Madix Is Making a Fortune From All This

    After Hospital Threatened Her

5.  Ariana Madix Is Making a Fortune From All This

    After Hospital Threatened Her

5.  Ariana Madix Is Making a Fortune From All This

    After Hospital Threatened Her

5.  Ariana Madix Is Making a Fortune From All This

    Fortune From All This



business. I don't care, to be totally honest. People have been talking shit about me my entire life. But now we're in Ulta and are changing the category," she says, laughing.

"I knew from the beginning with my entertainment background that it would be important to have a wellness advisory board with practitioners who are skilled at guiding what we do," Bosworth explained. "This is not an influencer brand, it's a community. It's incredibly important to tell our brand story through our actual customers. In my opinion, putting my face on the homepage would be doing a disservice to our community."

People have also stopped recognizing her from the context of the *Laguna Beach* universe, she claims. "Interestingly, people now come up to me and say, 'I love your vitamins, I use the Killer! It happened to me in the Minneapolis airport. And then I was outside my bodega, and I could tell some people recognized me. They came up to me to talk about Love Wellness."

The pandemic hasn't hurt her business. "People are prioritizing wellness even more now, because instinctually, when you deal with a pandemic, you are confronting your survival head-on," she says matter-of-factly. But it has compelled her to surrender more to the unknown, "I've always had questions like, *Who am I going to be with? Can I support myself?* But now, I've been forced to deal with bigger forces in the world. I've realized all these concerns I have are, to a certain degree, irrelevant. We only have what we have right now."

Her health has become even more of a priority. A few months after our interview, Bosworth posted on Instagram that she has been undergoing a nearly year-long recovery from a traumatic brain injury caused by a large door in a NYC restaurant (which she won't name, because accidents happen) falling on her head in 2019. Then she got memo. "A few years ago, I learned that talking about things that hurt you — emotionally, physically — helps you to heal and move forward. My accident was terrifying and I still experience side effects almost every day. I was a bit hesitant to talk about it because as anyone who has gone through this knows when you look okay on the outside but you aren't okay on the inside, it can be challenging to get the support you need. But I found a community from sharing this experience and I'm relieved that I did," she writes in an email.

"I moved to New York nine years ago to create a new life for myself. I always feel like I'm looking over my shoulder to some degree. But in reality, I'm the only one still hung up on being labeled as 'that girl from that show.' Nobody else cares anymore, but when you've lived in an altered reality, getting outside of yourself can be a challenge."

Her TV stint has made her even eschew *watching* reality TV. Her mom and sister tried to get her into the *Bachelorette* franchise, but Bosworth says, "I can't invest in a story, since I intimately understand how TV shows are made."

Last week, Lo's former castmates reappeared in a breathless, glossy trailer for season two of *The Hills: New Beginnings*. A title card read: "They're facing their fears and embracing new challenges" as we see Heidi and Spencer together, Brody possibly hooking up with someone in the group, Kristin Cavallari in click-clacky heels. "Can they begin again?" But beginning again means you actually need to let go of the past.

"I own and operate a business, go to work every day, and have built a normal life for myself," Bosworth tells me. "It's better than what I experienced before. I can never take back being in the public eye. I can only manage it on an ongoing basis by being the best person for myself and other people." She smiles hugely, almost giddy, "My life is so much better now."

**STAY IN TOUCH.**
Get the Cut newsletter delivered daily

ENTER YOUR EMAIL          [ SIGN UP ]

TAGS: BEAUTY STYLE WELLNESS LO BOSWORTH LOVE WELLNESS MORE

■ 12 COMMENTS


*New York*
**EDITOR'S PICKS**


**VULTURE LISTS**
The 100 Hardest
Video-Game Levels of
All Time


**THE CITY POLITIC**
Does Eric Adams Still
Think It's Easy to Be
Mayor?


**TALKING TO**
The Couple Who
Conquered New York
Mayor?


**TALKING TO**
The Couple Who


**TALKING TO**


**TALKING TO**
The Couple Who
Conquered New York
Mayor?


**TALKING TO**
The Couple Who
Conquered New York
Mayor?


**TALKING TO**
The Couple Who
Conquered New York
Mayor?


**TALKING TO**
The Couple Who
Conquered New York
Mayor?


**TALKING TO**
The Couple Who
Conquered New York
Dining

EVENTS

# Talking Love Wellness with Lo Bosworth

At our summit earlier this month, she talked about why she started a company dedicated to women's health and how she approaches marketing.



Kristoffer Tripplaar

By **Jasmine Sheena**
May 18, 2023 · 4 min read

When Love Wellness founder Lo Bosworth began talking about vaginal health on her Instagram account in 2016, the same year she founded the company, she had her fair share of critics.

"Everybody I knew was laughing at me behind my back, and journalists were writing snarky articles about me," she told the audience at Marketing Brew's summit, The Brief.

Now, her products are sold at retailers including Ulta and Target. Bosworth's interest in the health and wellness space stemmed from her own health problems, which she said were being exacerbated by ingredients in the legacy drugstore products that dominated the women's personal-care market. Through her experiences, she began Love Wellness, a brand that specializes in "doctor-developed" products for women ranging from probiotics to daily multivitamins.

At The Brief, Bosworth sat down with Minda Smiley, editor of Marketing Brew, to talk about her company's marketing and messaging, embracing her personal narrative as part of the brand, and using social media to its advantage.

## To be frank

During the discussion, Bosworth said that having open conversations around women's health is a large part of the Love Wellness brand. For instance, Bosworth talks about the fact that she has dealt with UTIs, yeast infections, and BV on the brand's Instagram.

"Once you are in the category for long enough, and once you do this for long enough, I think you realize the opportunity that you have to really educate consumers about their bodies and truly make a difference in their day-to-day health," she said.

Earlier this year, Bosworth brought on Maria Dempsey to serve as CEO of Love Wellness. Dempsey, who has previously held marketing positions at brands like Lancôme and Clarins. Dempsey said the company's efforts to destigmatize conversations around women's health will remain a crucial part of Love Wellness moving forward.

"The beautiful part of the brand is Lo's connection with her community and her honesty and her authenticity," she said.

### Get marketing news you'll actually want to read

The email newsletter guaranteed to bring you the latest stories shaping the marketing and advertising world, like only the Brew can.

youremail@domain.com   **Subscribe**

Bosworth said she's been able to position the brand as authentic since her own personal story is at the heart of it.

"If you tell your own story and create your own narrative, and you do not deviate from that, that becomes your story," she said. "That becomes the way that the world perceives you and interacts with you. And so I think in that way, because it has been an authentic story from the very beginning and because we've been doing it for so long, it's different than, you know, a private-equity company decides, 'Oh, we're gonna make a women's wellness company in 2023. Maybe we'll put a celebrity founder in front of it and see how it goes.'"

## Reaching out

Bosworth said embracing emerging trends within TikTok, where the brand has more than 70,000 followers, and within the influencer space has impacted the brand's marketing efforts as well.

"I think TikTok has changed the marketing game, possibly forever," she said. "Even a year ago, I think consumers were much more inclined to respond to beautiful glossy advertising, the traditional beauty stuff that you've seen for most of your life, and now that doesn't work. Now, you need weird, you need cringy, you need uncomfortable, and we as a brand are trying to wrap our arms around that in a way that still feels on-brand, which is definitely a challenge."

She noted that nanoinfluencers and microinfluencers have been "more meaningful than macro for the most part" at Love Wellness.

Currently, Love Wellness customers are in their "20s and 30s," according to Dempsey. But in the future, the company could start to target a broader age range.

"Somebody in the office said something recently that I thought was interesting: We should be marketing from your first period to your last," Dempsey said. "It's a very broad audience that we can target eventually."

f  🐦  in  🔗 COPY

You might also like...



**EVENTS**
Our favorite quotes from The Brief
RYAN BARWICK / 05.17.2023



**UPFRONTS**
Days after leadership shakeup, NBCU pitches Peacock originals, SNL strength to marketers
KELSEY SUTTON / 05.15.2023



**AGENCIES**
This week in agencies: Shifts at DDB, Barbarian, and more
JASMINE SHEENA / 05.15.2023

## GET MARKETING NEWS YOU'LL ACTUALLY WANT TO READ

The email newsletter guaranteed to bring you the latest stories shaping the marketing and advertising world, like only the Brew can.

Enter Email   **Try it**

**Follow Us**
🐦 📷 f in

**Brands**
Morning Brew
Money Scoop
Money with Katie
Tech Brew
Retail Brew
Marketing Brew
HR Brew
IT Brew

CFO Brew
Healthcare Brew
Morning Brew Daily
The Money with Katie Show
The Crazy Ones
Imposters

**Search**
Stories
Newsletter Issues

**Brew**
Learning at Morning Brew
Shop
About Us
Careers
Advertise with Us
FAQ
Privacy
Terms of Service
Do Not Sell / Share My Personal Information

© 2023 Morning Brew, Inc.
All Rights Reserved.

# Maria Dempsey Named New CEO of Love Wellness



NEWS PROVIDED BY
**Love Wellness →**
15 Mar, 2023, 09:05 ET

SHARE THIS ARTICLE

 

*The leading women's wellness company, founded in 2016 by Lauren Bosworth, has tapped the accomplished beauty industry veteran to realize organizational excellence and expansive growth.*

NEW YORK CITY, March 15, 2023 /PRNewswire/ -- Love Wellness, the total body women's wellness company founded by Lauren Bosworth, today announced the appointment of Maria Dempsey as Chief Executive Officer. Having held senior-level positions at NEST New York, Lancôme, John Frieda, and Clarins, Dempsey brings more than 30 years of experience and a proven track record of executive and organizational leadership, strategic brand vision, product innovation and retail and digital successes to Love Wellness.

"I am thrilled to welcome an exceptional leader like Maria to guide our team through the next phase of hyper-growth mode at Love Wellness," said Bosworth. "My goal has always been to make the brand as accessible as possible for women and as our team and business grows Maria is poised to help me realize my dreams for this category and company."

As Chief Executive Officer at Love Wellness, Dempsey will build upon the company's solid foundation in women's wellness to deliver exceptional innovation in personal care. Bosworth will remain as Founder and step into a new role as Chairwoman of the Board, where she will oversee execution of brand marketing, product development, and retail strategy to drive growth in existing retail channels and expansion to new markets.

"I am so impressed with what Lauren and her team have built and I am energized by the Love Wellness community," said Dempsey. "I feel so fortunate to have the opportunity to help guide and grow this amazing company and team at a pivotal point in time. We have a meaningful opportunity to develop additional product categories, increase our digital presence and expand our retail footprint."

Dempsey began her beauty industry career in 1987 at L'Oreal where she worked on the Lancome business in marketing for 12 years, ultimately becoming Vice President of Marketing, Facial Skincare, Sun, Body, and Fragrances. From 1999 to 2003, she was Vice President of Marketing for John Frieda Hair Care and was instrumental in helping to double the business through innovation and strong retail partnerships. From 2008 to 2017, Dempsey held several senior and executive-level management positions at Clarins, most recently serving as Executive Vice President of Marketing for the Americas, United Kingdom, and Travel Retail. Prior to joining Clarins, Dempsey was President and Board Chair of HM Mane Solutions, her own start-up business venture that launched the revolutionary EasyStraight brand of at-home hair care products distributed in drug stores in the U.S. and Australia.

"Maria brings deep industry experience that will benefit Love Wellness as it continues on its rapid growth trajectory," said Kate Wallman, Managing Director of Encore Consumer Capital and Love Wellness board member. "We are so excited to have her join the team."

**About Love Wellness**

Love Wellness is the leading female-first wellness company focused on total body care. Founded in 2016 by Lauren Bosworth, the brand is committed to creating a more open and honest self-care culture for women. Driven by community, Love Wellness is designed to help women feel informed, empowered, and ready to take full control of their health. Love Wellness offers better-for-you products like targeted and effective nutritional support, personal care products, and supplements to help women tackle issues like gut health, stress, sex, and skincare. Love Wellness is available for purchase at Target, Ulta, Amazon and lovewellness.com. For more information, visit www.lovewellness.com.

**About Encore Consumer Capital**

Encore Consumer Capital is a San Francisco-based private equity investment firm focused on the consumer products industry. The firm has raised over $600 million in equity capital and invested in over 35 companies in the sector. The firm targets companies with between $10 million and $100 million in annual revenues where Encore's strong expertise in strategy development, brand marketing, manufacturing and supply chain optimization, and distribution expansion can help drive performance. To learn more, visit www.encoreconsumercapital.com.

SOURCE Love Wellness



## PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!


Enter Your Email


Select Country ▾      Submit





By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each
subscriber's engagement and interests. For more information on how we will use your data
to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy
Notice. You can withdraw your consent at any time in the footer of every email you'll
receive.

**Contact Cision**

☐ Cision Distribution 888-776-0942
from 8 AM - 9 PM ET
Chat with an Expert

Contact Us ∧
🐦 f in

**Products**

Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
Accessibility Statement
Global Sites ∧

**My Services**

All New Releases
Online Member Center
ProfNet

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings

Copyright © 2023 Cision US Inc.

https://www.prnewswire.com/news-releases/maria-dempsey-named-new-ceo-of-love-wellness-301772919.html
Microsoft Edge 113.0.1774.50
12:03:05 PM 5/23/2023
Windows 10 Enterprise 64-bit Build 19044

ADVERTISEMENT



# Your goals are our top priority.

 **Wealth Management**
U.S. Bank

Learn more


EQUAL HOUSING
LENDER Member FDIC.

FORBES > LIFESTYLE > STYLE & BEAUTY

## Meet Love Wellness: Skin And Body-Positive Company Makes Waves With Progressive Brand Relaunch

**Joseph DeAcetis** Former Contributor ✔
*I cover luxury fashion and beauty.*

Feb 21, 2020, 05:27pm EST

▶ Listen to article  12 minutes



ADVERTISEMENT

f
y
in



Love wellness product samples - LOVE WELLNESS

After an exciting finish to New York City's Fashion week, I noticed that this season, fashion insiders were given a lesson in how inner beauty effects outer beauty. There seems to be a steady stream of information stemming from a heavy focus on sustainable products to overall living well. As we soon flow into the third month of the third decade of the twenty-first century, skincare and healthcare are center stage.

I often report on the importance of dressing for success to achieve the best person you can and to have others perceive you as the way you wish for them to perceive you; strong, confident, respectful and ambitious.

Love Wellness is a female-first wellness company focused on total body care. Started in 2016, Lauren Bosworth, Founder & CEO, aims to create a more open and honest self-care culture for women. Driven by community, the brand is designed to help women feel informed, empowered, and ready to take full control of their health and wellness.

PROMOTED

|  | |   |
|---|---|---|
| BrandStorytelling BRANDVOICE | Paid Program<br>Documentary Shorts: The Medium For Communicating Brand Values Today | Boston University Questrom School of Business BRANDVOICE | Paid Program<br>3 Ways Boston University's Online MBA Is A Disruptor In Business Education | UnitedHealthcare BRANDVOICE | Paid Program<br>Health Care Cost Management That Meets The Moment |

When I speak about dressing for success it is also my mandate to transition brands to open up about a more versatile take on a fashionable and healthy lifestyle. At present, we have defined better codes both for dress, hair and make-up and wellness care. Love Wellness offers better-for-you products like targeted and effective grooming, skin and nutritional support, personal care products, and supplements to help women tackle issues like gut health, stress, sex, and skincare.

The brands recently announced the relaunch with a refreshed brand identity, logo, packaging, and website. To support the relaunch, the


ᴅ▷

THE FIRST SURVIVOR OF

ALZHEIMER'S DISEASE IS

OUT THERE.
OUT THERE.
OUT THERE.

OUT THERE.

OUT THERE.

OUT THERE.

OUT THERE.

THERE.

ALZHEIMER'S ASSOCIATION

JOIN THE FIGHT AT ALZ.ORG ▸

ADVERTISEMENT



brand released a progressive campaign that aims to create a more open and honest self-care culture for women.

MORE FOR YOU

**'XO, Kitty' Immediately Dethroned In Netflix's Top 10 List By A New Show**

**New MacBook Leak Reveals Apple's Disappointing Decision**

**Dodgers Reverse Decision: Sisters Of Perpetual Indulgence Included In LGBTQ Pride Night Over Objections**

Including a new tagline, *"Love Yourself Well™"*, the relaunch is part of the company's strategy to establish a strong foothold in the feminine wellness category, grow the brand's community and customer base, and empower women all over the world to take charge and become advocates of their health. As part of a year-long objective to tell the brands story through their community, Love Wellness tapped real customers of all shapes, sizes, and backgrounds for the brand relaunch and campaign to authentically speak about core values - inclusivity.

**Passport: Explore the finest destinations and experiences around the world in the Forbes Passport newsletter.**

| Email address | Sign Up |

You may opt out any time. By signing up for this newsletter, you agree to the Terms and Conditions and Privacy Policy.

Love Wellness wants to encourage women to not "just deal", but to realize that what they are going through is normal, and that Love Wellness products are the modern and innovative solutions they may be looking for.



**THE WELL Brings Ancient Meets Modern Wellness To Chileno Bay Resorts**

I recently had the privilege of speaking with Lauren Bosworth, Founder and CEO of Love Wellness about how her background is in entertainment and media created a built-in audience that provides her with a platform to use my voice and ideas to innovate in a space that she's personally connected to, why it was important for her to create an open dialogue in an effort to remove shame, stigma, and false information around women's health and skincare, and why she wants to encourage women to not "just deal" with their health and skin problems, but rather show them that there is an effective and safe solution out there in the market!









**Joseph DeAcetis:** Talk to Forbes about the history, and development of your brand; and your personal background?

**Lauren Bosworth:** I became aware of the lack of clean, body-positive personal care products for women during 2015, a time when I was unwell and spent a good amount of time at the doctor's office and at drugstores. At that time, the old-school products from legacy brands didn't address my problems and the use of these products made me feel embarrassed about the need to take care of my body. That experience is a universal one for women and it's emotional. It was in those disappointing moments, standing next to the tampons that I knew women deserve so much more than products and messaging invented by men in the later half of the 21st century.

I got better when my doctors began to consider more gentle, naturally-derived products to help me along with a lifestyle overhaul of better nutrition, less stress, and more sleep. In the west we've been taught that you can solve your problems with a prescription, and for most people, that's simply not the case. When I was willing to shift my perspective on what was actually agreeing with my body that I put together the initial products for Love Wellness, and made the decision that this brand would be the first one in personal care to educate women about their bodies in a positive way. We teach women to love themselves well, and that message has resonated far and wide. Taking care of your body isn't a shameful experience, it's something we deal with in a respectful and informed way at Love Wellness that allows you to get on with your life.

My background is in entertainment and media. Before Love Wellness I spent a good chunk of my early 20s on television and then shifted to creating my own wellness, cooking, and nutrition content. I know that for some people hearing that I'm the founder and CEO of this business is a bit surprising, but the reality is that any first time founder makes a leap from *somewhere*. I have a built-in audience that provides me with a platform to use my voice and ideas to innovate in a space that I'm personally connected to, and my evolution into the day-to-day CEO of this company has been incredibly fulfilling. I love going to work everyday because I get to ideate, build, and story-tell.

**Joseph DeAcetis:** In your words, what is your competitive advantage in development and specialized product?

**Lauren Bosworth:** We do an excellent job of correcting misinformation when it comes to women's bodies at Love Wellness. Our customers always experience that "a-ha" moment when they discover this brand and what we do. You see that with our thoughtful formulations that are made with women's bodies in mind and that education we pair alongside these products. We teach basic biology here, and when you empower women with good information they are further empowered in their purchasing decisions. No other brand in the space is taking the time, energy, and effort to build a community of experts, advisors, and contributors in the way that we are. At LoveWellness.com you don't just find products - you also find The Love Club, our membership program that combines our community forums, expert articles, and eCommerce into a single, seamless experience. Making great products that look nice on your shelf are just a part of our story. Our community is what makes us truly unique, and it's incredible to see female consumers engaged with a brand on a deep and intimate level. The story-telling that happens within The Love Club is remarkable for a company with its original roots in eCommerce.



**Joseph DeAcetis:** What are some health issues you think a lot of women are ashamed to talk about? Why is it important to try and remove that shame/stigma around women's health issues?

**Lauren Bosworth:** If you are embarrassed by your body, you may be too embarrassed to take care of it too. Removing the stigma from basic personal care needs is important strictly from a health perspective, and it's important that women understand that a lot of products out there that are marketed as safe and effective for women are not. Education is at the root of what we do, and through education we simplify a lot of topics that have long been considered taboo, simply by demystifying them. I was so impressed with the episode of "The Goop Lab" on Netflix

ADVERTISEMENT



Learn more

ADVERTISEMENT



Begin ordering for

4X

4X Membership Rewards® ts at restaurants dwide.

Terms apply

ADVERTISEMENT



VIVAIA
VIVAIA

"From Heels to Heaven: My Love Affair with

where they showed women's real bodies. It's powerful stuff and a great example of education at work.

**Joseph DeAcetis:** In your words, what are women seeking today in wellness?

**Lauren Bosworth:** When a woman thinks about wellness, she is really thinking about finding peace with and within her body. It's about being both calm and energized, satisfied and craving new experiences. Wellness isn't a trend - being well represents a true cultural shift that makes feeling good about feeling good a priority.

**Joseph DeAcetis:** Talk to Forbes in detail about why it is important for consumers to be aware of this brand?

**Lauren Bosworth:** It's critical that women understand that there are options out there for personal care and wellness that are modern, clean, and made with a body-positive message. The cheap products from legacy brands are no longer the only game in town, and what we've created from an educational and product formulation perspective is thoughtful, safe, and innovative. Women deserve to take care of their bodies in a kind way, and we plan to share that story in a very big way this year.

**Joseph DeAcetis:** What are your day-to-day responsibilities?

**Lauren Bosworth:** In addition to developing all of our products, the brand look-and-feel, and core messaging I manage day-to-day operations ranging from legal, to finance, and hiring/firing. I started the business by myself in my living room, so I have an intimate understanding of how each piece works together because I've done every job. Additionally, I establish our growth strategy with my partner and COO/CMO, Matthew Murray, and we get to work on executing that with our constantly growing team.



PRODUCT ASSORTMENT  LOVE WELLNESS

**Joseph DeAcetis:** What are your future projections and growth strategy for the next few years?

**Lauren Bosworth:** We've achieved 3000% growth over the past two years, hit the eight-figure revenue milestone in 2019, and have no plans to slow down anytime soon.

Love Wellness is committed to developing our omni-channel growth, using each vertical for a very specific purpose with the goal that they each support the other. LoveWellness.com is about subscriptions, community membership and education. Our Amazon channel is for the customer who wants to make a quick purchase. Our retailers support women who prefer to shop in their favorite stores. The channels are non-competitive and serve a specific purpose which is overall brand awareness. Additionally, we are making a meaningful investment into marketing at scale online, through various OOH opportunities in New York City and Los Angeles, and through connected-TV opportunities on Hulu, Apple TV, Amazon Fire, and more. Our robust presence within Ulta Beauty is an incredible marketing opportunity in itself and we'll be moving into more than 1,000 Ulta Beauty doors in March 2020. Additional retail partners for this year include more than 2,000 CVS and CVS Health Hubs locations in the United States.

**Joseph DeAcetis:** Can you tell me more about what inspired the rebrand/relaunch and the new ad campaign for Love Wellness?

**Lauren Bosworth:** The relaunch and the brand campaign really caters to the many women, including myself, who have searched high and low for solutions to uncomfortable health issues. It was important for me to



Pointed-Toe Striped Flats"

VIVAIA

"From Heels to Heaven:
My Love Affair with
VIVAIA

"From Heels to Heaven:
My Love Affair with
Pointed-Toe Striped Flats"

SHOP NOW ▸

ADVERTISEMENT



BOTTEGA VENETA

ADVERTISEMENT



VIVAIA

Designed for
All Day Walking

Designed for
Designed for
All Day Walking

SHOP NOW

Designed for
All Day Walking

SHOP NOW ▸

create an open dialogue in an effort to remove shame, stigma, and false information around women's health. I want to encourage women to not "just deal" with their health problems, realize that what they're going through is normal, and that there is an effective and safe solution out there in the market.

**Joseph DeAcetis:** Can you tell me how you're making sure the supplements are made well and safe?

**Lauren Bosworth:** Our products are produced according to the most stringent GMP standards, including a range of quality tests dictated by product specifications. It starts in the beginning by testing the raw materials to verify identify, microbial, purity and potency. After approval, the raw materials are mixed in precise quantities in a commercial blender. Uniformity of mix tests are conducted to verify that the perfect blend is achieved with the correct balance of each ingredient. The nutraceutical blend is then introduced into capsules or tablets, which are weighed periodically throughout the process to verify that the correct amounts of materials are included in each dose. The finished product is then tested again to verify the appropriate dose of each nutraceutical is the capsule or tablet, and to assure safety standards for heavy metals and bacteria. Finally, the product is tested to make sure that it will break down appropriately once it is used by customers.



*Follow me on Twitter or LinkedIn. Check out my website or some of my other work here.*

 **Joseph DeAcetis**

Acclaimed American Journalist and International Editor. My interest lies in the pace and direction of trend adoption in luxury fashion and lifestyle, access... **Read More**

Editorial Standards     Print     Reprints & Permissions

ADVERTISEMENT

**RELATED TOPICS**

| | | |
|---|---|---|
| 01. | BEST AIRLINE MILES CREDIT CARDS | > |
| 02. | TAX CREDITS FOR SENIORS | > |
| 03. | BEST CREDIT CARDS TO HAVE | > |
| 04. | BOOST YOUR CREDIT SCORE | > |
| 05. | EARNED INCOME CREDIT CHART | > |
| 06. | TOP 10 CREDIT CARDS | > |

**SEE ALSO**



BEST CREDIT CARDS OF 2020

HOW TO PAY OFF CREDIT CARD DEBT

TOP CREDIT CARDS OF 2020

EARNED INCOME TAX CREDIT TABLE

EARNED INCOME CREDIT CALCULATOR

FIX CREDIT SCORE FAST

INNOVATION

# The Future Of Emerging



Wide Toe Box   Breathable   Arch Support

ADVERTISEMENT

SIGNAL

August 23 - 2023

Twilio's biggest event of the year is coming!

Register now

**SIGNAL 2023 is coming**

Experience the future of customer engagement from wherever you are, at your convenience

Experience the future of customer engagement from wherever you are, at your convenience

Experience the future of customer engagement from wherever you are, at your convenience

Experience the future of customer engagement from wherever you are, at your convenience

Experience the future of customer engagement from wherever you are, at your convenience

Experience the future of customer engagement from wherever you are, at your convenience



Learn more


With global secure networking, *it is*.    LEARN HOW    COMCAST BUSINESS

## I tried Love Wellness' women's vitamins for 30 days and I'm convinced they cleared up my skin and helped me sleep better

Written by Jessica DeFino  Apr 1, 2019, 2:00 PM MDT

*Insider Picks writes about products and services to help you navigate when shopping online. Insider Inc. receives a commission from our affiliate partners when you buy through our links, but our reporting and recommendations are always independent and objective.*



There are seven different types of supplements, each retailing for $25.    Love Wellness

- **I've been taking five daily vitamins from** Love Wellness **specifically designed for clearer skin, better gut health, and more for a month and so far, I'm impressed.**

- **The buzzy vitamin brand is on a mission to bring positivity into the women's wellness space by normalizing sometimes-shameful issues like yeast infections, bloat, and even depression, and offering women prettily-packaged supplements that support natural healing. The products range from $10 to $25.**

- Love Wellness **was founded by Lauren "Lo" Bosworth, previously of "Laguna Beach" and "The Hills" fame. The founder says years of handling criticism in the spotlight prepped her to tackle tough subjects and foster a community focused on open and honest discussion.**

---

Sign up for our newsletter to get honest reviews on top products & services — delivered weekly to your inbox.

| Email address | SIGN UP |

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy

Confession: There is an entire three-tier cabinet in my kitchen dedicated to my various wellness exploits. It is *full* — as in from top to bottom and side to side — of vitamins, supplements, teas, powders, seeds, adaptogens, dried herbs, CBD drops, and digestive aids. And yet, for the last month, my entire routine has revolved around just five little capsules of all-natural goodness — and I may never open that overstuffed cabinet again.

The vitamin brand that's stolen my attention (and my heart) is the buzzed-about, aesthetically-pleasing, and equally effective Love Wellness (surely you've seen the Instagram ads by now). It's almost


With global secure networking, *it is.*
With global secure networking, *it is.*
With global secure networking, *it is.*
With global secure networking, *it is.*
With global secure networking, *it is.*
With global secure networking, *it is.*
With global secure networking, *it is.*
With global secure networking, *it is.*
LEARN HOW    COMCAST BUSINESS

RECOMMENDED VIDEO



impossible to ignore Love's brightly-colored bottles like millennial pink for #Mood Pills, a natural supplement that helps with anxiety and depression; baby blue for Bye Bye Bloat, a digestive-easing, tummy-flattening pill; sunshine yellow for Good To Glow, a capsule packed with skin-healthy nutrients to help you glow from the inside out.

The digitally-native brand knows exactly what it's doing. "We package everything from our boric acid suppositories to our vitamins beautifully; they're products you want to pick up and display on your bathroom shelf," founder Lauren Bosworth tells INSIDER. Yes, as in Lo from MTV's "Laguna Beach" and "The Hills."

"I was thrown into the court of public opinion at a really young age, when gossip blogs were first becoming a thing," Bosworth shares. "I learned how to deal with the negative emotional fallout of that before 22, and that mental fortitude definitely helped me when I launched the brand back in 2016. I've dealt with endless criticism as a public figure, and I believe that's why I feel capable of helping to change a category full of stigmas."

The stigma she's choosing to tackle? Women's wellness in all of its messy, sometimes shame-laden glory — including vaginal health, yeast infections, bloat, and even depression. "After experiencing a number of personal health problems from frequent trips to the OB/GYN to vitamin deficiencies, I went looking for solutions," Bosworth says. "Frankly, I was disappointed with the archaic offerings found at the drugstore for women's personal care and wellness." She realized that her experience was a reflection of a larger universal issue.

"From tampons to anti-fungal creams, buying personal care products has not been a particularly positive experience for women," the founder explains. (Can I get an *amen*?) "We've turned what has traditionally been a negative and shameful experience into one that women can feel good about, and we rely on our customers to help us spread our mission of cultivating a more open and honest self-care culture for women. Love Wellness offers products that lift women up and heal their bodies, not change how they look or smell. When I see a newcomer enter this space and offer women a product like a vaginal deodorant, it does nothing but perpetuate the shame women have been made to feel about their bodies," Bosworth says.


This package of pH-balancing feminine wipes actually looks chic. Surprising, right? Love Wellness

It's definitely true for me — I've never felt more chic using a pH-balancing feminine wipe or keeping a yeast infection suppository on full display in my bathroom cabinet.

Love's Do It All Wipes are OB/GYN-approved for cleansing with a natural and gentle mix of aloe, coconut oil, and chamomile, while The Killer is a pharmaceutical-grade boric acid suppository that can be used to prevent a yeast infection or treat an existing one. The pretty peach packaging of both serves as a way to say, "You're totally fine and normal and your vagina deserves the best!" At least, that's how I feel.

But the stand-outs of the brand, in my opinion, are the five daily vitamins. I take four of them every morning to boost my glow, help




my digestion, and balance my mood, and one at night to help me sleep.

My favorite? Good To Glow. (I am a beauty editor, after all.) "Good To Glow is the perfect skin supplement with antibacterial, anti-aging, and antioxidant properties," Bosworth shares. "It contains popular ingredients like collagen that can be annoying to mix into your coffee or smoothie, along with ingredients like organic ashwagandha, alpha lipoic acid, and Japanese knotweed." That combo delivers a heaping helping of vitamin C, which doctors agree is essential for healthy, young-looking skin.

"Vitamin C is linked to preserving and protecting natural collagen," says Dr. Karin Hermoni, PhD, Head of Science & Nutrition at Lycored. It's an antioxidant that "supports normal function of the skin," protecting it from the damaging effects of pollution. "Another antioxidant that can support our skin from the inside out and from outside in is vitamin E," she says, which is also present in Good to Glow.

I can't say for sure that this particular vitamin is the sole reason I haven't had a major breakout in nearly a month — I test a lot of topical skincare products as well — but it's surely a piece of my clear skin puzzle.



Good Girl Probiotics helps improve gut health, which also has a positive effect on your skin. Love Wellness

The brand's Good Girl Probiotics and Bye Bye Bloat formulas indirectly help skin by way of balancing the "good" bacteria in the gut that keeps bad bacteria from proliferating and showing up in your pores. "Bye Bye Bloat is perfect for conquering hormonal bloating and digestive issues with food," Bosworth says. "We combine ingredients like organic dandelion root (a natural diuretic) and organic fenugreek (a natural digestive aid) with different digestive enzymes that help break down food and support digestion." You can take one each morning or before a big meal to help things run smoothly.

"We got endless customer requests for a product [for metabolism], but made the choice to formulate a natural product that doesn't contain chemical stimulants," the founder explains. Instead, Lean Queen relies on selenium, a natural mineral that helps regulate the thyroid. Since I do exactly one proactive thing to maintain my weight — a daily Peloton cycling session — taking Lean Queen every day has been the ultimate, low-key way to support my efforts.

Love Wellness' #Mood Pills round out my morning routine and this is also the supplement that's closest to Bosworth's heart. "It addresses PMDD and depression by combining ingredients like organic St. John's Wort and organic chasteberry for a mood lift that comes from nature," she tells INSIDER. "I felt strongly about bringing a product like this to market because a lot of women don't know that natural ingredients can provide great relief for these common issues." I personally deal with high levels of anxiety on the daily and I'm convinced the combination of #Mood and my favorite CBD gummy vitamins is what's helped me keep my calm lately.

While it takes time to see real results from most vitamins, there's one Love Wellness product that works almost instantaneously for me: Lights Out. The pre-bedtime pill is filled with natural magnesium, melatonin, and valerian root, and puts me out in, like,







seconds. I usually require a glass of wine and a few episodes of "Grey's Anatomy" to lull me into a light, fitful sleep each night, but I'm *overjoyed* to report that's no longer the case. A single dose of Lights Out really does it for me and is so much healthier than a serving of cabernet sauvignon, right?

Consistency is key, of course, and that's why Love Wellness has been a real game-changer for me. The bottles are so cute that I don't want to stuff them away in my full-to-bursting kitchen cabinet. Instead, I leave them out on my desk so I remember to take them before I sit down to work.

"I highly recommend using a vitamin organizer and keeping it in your fridge so when you open it up for breakfast in the morning, whatever you need is ready to go and easily accessible," Bosworth adds. "Yes, it's annoying to plan out your organizer once a week, but it makes sticking to the routine every other day a lot easier." And when that routine delivers glowy skin, less bloat, and better sleep? Yeah, I'd say it's worth it.

Of course, my personal experience with Love Wellness is just that: personal. Vitamins and supplements aren't a one-size-fits-all kind of thing, so consult your doctor before adding anything new to your own wellness routine.

### Buy Love Wellness vitamins from Revolve for $25



**Jessica DeFino**
Freelance Reporter

*Subscribe to our newsletter.*

*You can purchase syndication rights to this story here.*

*Disclosure: This post is brought to you by the Insider Reviews team. We highlight products and services you might find interesting. If you buy them, we get a small share of the revenue from the sale from our commerce partners. We frequently receive products free of charge from manufacturers to test. This does not drive our decision as to whether or not a product is featured or recommended. We operate independently from our advertising sales team. We welcome your feedback. Email us at reviews@businessinsider.com.*

Insider Picks 2019   Women's Health   Vitamins   More.





INSIDER   BUSINESS INSIDER   (f) (t) (in) (▶) (◉)   App Store  Google Play

   

* Copyright © 2023 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.

Contact Us   Masthead   Sitemap   Disclaimer   Accessibility   Commerce Policy   Advertising Policies   Coupons   Made in NYC   Jobs @ Insider

Stock quotes by finanzen.net   Reprints & Permissions.

Your Privacy Choices

International Editions:   INTL   AS   AT   DE   ES   IN   JP   MX   NL   PL

Insider.com™   Insider Inc.

 

BUSINESS   TECH

BACK TO TOP


FORBES > LEADERSHIP > FORBESWOMEN

# One Size Doesn't Fit All—Love Wellness Is Giving Women Options With Their New Multivitamins

**Yola Robert** Senior Contributor ⓘ

*I cover founders, brands and trends across various industries*

 **Follow**

Oct 19, 2020, 02:00pm EDT

▶ Listen to article  5 minutes  



Love Wellness is giving women more options when it comes to choosing a multivitamin.   LOVE

It's becoming more and more frequent to see new vitamin brands popping up with a magic formula that is made for everyone. The problem? One size doesn't fit all especially when it comes to health and nutrition. Lo Bosworth, CEO and founder of Love Wellness, wants to show women that wanting more shouldn't stop when it comes to their health. "Why do we accept the saying 'less is more' when in fact we need *more* support, *more* choices, and certainly *more* ways to take care of ourselves?" she asks.

Known for their accessible women's health and wellness products, Love Wellness forayed into multivitamins after Bosworth's experience with not finding a multivitamin that had everything she needed. When developing Daily Love, Bosworth was surprised to discover how many companies have developed messaging about why their multivitamin is best in class, only to discover that their formulations typically lack the baseline nutritional needs of a multivitamin for women. She found that gummy vitamins, "food-based" vitamins, and those pretty clear vitamins you see are seriously lacking in what they actually offer from a nutritional stand-point.



Lo Bosworth, CEO & founder of Love Wellness.   LOVE WELLNESS

PROMOTED

Cisco **BRANDVOICE**
| Paid Program
**Cloud Native Moves To Make
Now**

Quad **BRANDVOICE**
| Paid Program
**The Right Way And The
Wrong Way To Cut
Marketing Spend**

BrandStorytelling
**BRANDVOICE** | Paid Program
**What's In A Name? Getting
The Industry On The Same
Page About How To Talk
About—and Measure—
Brand Funded Content**

"When we looked at the current state of the multivitamin market we saw a problem. Too many brands are using too few ingredients, or forms like gummies (with degraded ingredient quality) to actually address the fact that 92% of Americans are deficient in at least one vitamin or mineral, but are most likely not aware of what the element is. Given the current state of farming and food, it's nearly impossible to get sufficient levels of vitamins and minerals from food alone, so it's important to take a full-spectrum multivitamin that actually covers all your bases. We make Daily Love 18+ Multivitamin, Baby Love Prenatal Multivitamin, and Whole Love Menopause Multivitamin to be complete and well-rounded for these reasons, but take our formulations a step further to include extra nutraceuticals in each formula for results you can actually feel. That's the true and very exciting differentiator with our new multivitamins and taps into what we always do at Love Wellness - give women more of the good stuff they deserve," Bosworth explained.

With the help of scientists, nutritionists and doctors came three multivitamins as Bosworth mentioned Daily Love, Baby Love and Whole Love. "Our Daily Love is the only women's multivitamin that includes organic ashwagandha and chaste tree berry to relieve stress, support immunity, sexual function, and the symptoms of PMS. Baby Love is the only prenatal multivitamin available that includes echinacea for immunity, and ginger to help relieve symptoms of morning sickness," Bosworth shared. "Finally Whole Love is a truly innovative multivitamin for women 50+ in that it's the only multipurpose formula available that helps maintain bone density and relieve six common, normal symptoms of menopause."

MORE FOR YOU

**XO Kitty Immediately Dethroned In Netflix s Top 10 List By A New Show**

**New MacBook Leak Reveals Apple s Disappointing Decision**

**Dodgers Reverse Decision Sisters Of Perpetual Indulgence Included In LGBTQ Pride Night Over Objections**





Daily Love and xomegas. LOVE WELLNESS

**CxO: C-suite news, analysis, and advice for top decision makers right to your inbox.**

| Email address | **Sign Up** |

You may opt out any time. By signing up for this newsletter, you agree to the Terms and Conditions and Privacy Policy

For Bosworth creating these multivitamins took a year in the making to come to life with the help of their food scientists and medical advisory board. "Making sure we were on top of clinical studies and the best research available was our primary concern to ensure we were developing the most innovative and comprehensive formulas for women across different life stages," she shared.



**Breaking The Bamboo Ceiling: Advancing Asian Women To C-Suite Leadership**

Dr. Jodie Horton, one of the in house doctors at Love Wellness who helped develop the multivitamins, explains the importance of taking a vitamin tailored to the stage of women's life versus a general multivitamin, "Taking a regular vitamin is okay, but I recommend reading the ingredient profile to ensure that you are getting what your body needs. Your body needs certain vitamins and minerals as you reach your 40s and beyond. Health challenges, medications, and gut health can affect a woman's dietary needs and absorption of critical nutrients. Calcium, vitamin C, D, B12, and B6 are examples of nutrients that are important as we age. These vitamins can help improve bone health, fight infections, decrease your risk of certain diseases, and boost memory and

mood. Pregnant women also have specific nutrient needs to support mom and healthy baby. Prenatal vitamins should include folate, iron, calcium, and vitamin D. Folate, the active form of folic acid, is particularly important because it reduces the risk of birth defects that affect the brain and spine."

*Follow me on Twitter or LinkedIn. Check out some of my other work here.*

 **Yola Robert** **Follow**

Writer of all things and host of 'I Suck At Life' podcast.

Editorial Standards          Print          Reprints & Permissions

ADVERTISEMENT

Zoom Meetings          11:42:25 AM 5/23/2023
5.13.4.11835          Windows 10 Enterprise 64-bit Build 19044



## Lo Bosworth talks new book, 'Love Yourself Well'

*The 'Laguna Beach' and 'The Hills' star and wellness enthusiast shares her "modern textbook to women's bodies."*

December 27, 2022

f  🐦  ✉

---

### Examined










What's next for Russia?

What comes next after Texas school shooting?

What's next for abortion rights in America?

The new battle for voting rights

Jun 23, 2022

May 25, 2022

May 03, 2022

May 02, 2022

---

### ABC News Specials on *hulu*









Wild Crime ↗

Impact x Nightline ↗

Power Trip: Those Who Seek Power and Those Who Chase Them ↗

The Murders Before the Marathon ↗

Oct 26, 2022

Oct 28, 2022

Sep 27, 2022

Sep 01, 2022

hulu    Roku    *firetv*    🍎tv    ▭    YouTube    tubi    ⅩUMO

Share a story idea with ABC News Live

ABC News Network | Privacy Policy | Your US State Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use | Do Not Sell or Share My Personal Information | Contact Us

Copyright © 2023 ABC News Internet Ventures. All rights reserved.



MICHAEL KORS *Gorgeous*
DISCOVER MORE

WWD   FOOTWEAR NEWS   **FAIRCHILD MEDIA**   SOURCING JOURNAL   BEAUTY INC

# BEAUTYINC

FRAGRANCE    COLOR COSMETICS    HAIR    BEAUTY FEATURES    SKIN CARE    WELLNESS    BODY CARE

WWD    THE FASHION, BEAUTY AND RETAIL BUSINESS AUTHORITY    SUBSCRIBE NOW

BEAUTY > WELLNESS

## Eye Candy: Resolution Reading

Four books to kick-start a new wellness routine this year.

By **Emily Burns**    January 6, 2023, 9:00am



"Love Yourself Well" by Lo Bosworth   COURTESY

▶ Listen to this article

When ringing in the new year, one thing is top of mind: resolutions. For many, the new year intention revolves around health and wellness. In fact, in 2022, 23 percent of people in the United States cited "living healthier" as their resolution, 21 percent cited "personal improvement or happiness" and 20 percent cited "losing weight," acco ...

**TO READ THE FULL STORY**

SUBSCRIBE    LOG IN

# WWD
BEAUTY AND RETAIL BUSINESS AUTHORITY.
SUBSCRIBE NOW

TAGS
BEAUTY > BOOK > BOOKS > FOOD > WELLNESS > WWDBEAUTYINC

**BEAUTYINC** NEWSLETTERS
Sign up for beauty news straight to your inbox every day

SIGN UP

## Beauty Inc Recommends



PUMA TAKES A DEEP DIVE WITH NEW CATEGORY
In Partnership With • Puma
The global sports brand is introducing swimwear for th...

ADVERTISEMENT

Top News Stories Alerts Straight to your inbox.
(repeated)



FREE GROUND SHIPPING ON ORDERS OVER $75  FIND OUT MORE

## goop

What can we help you find?      GET $50    WELCOME SIGN IN

WHAT'S NEW     MADE BY GOOP     BEAUTY     FASHION     WELLNESS     FOOD & HOME     READ     SALE

Home / Skin Care / Lo Bosworth's 7 Self-Care Favorites

#### — Beauty —

# Lo Bosworth's 7 Self-Care Favorites

Written by: Brianna Peters | Published on: April 10, 2023



Entrepreneur and former *Hills* star **Lo Bosworth** began learning about the connections between the gut and the brain and between sexual well-being and overall well-being after a yearslong health struggle. She's since founded Love Wellness, a line of supplements and personal care products for women, and written a book, *Love Yourself Well*. Here, she shares some of her favorite ways to take care of herself.

## 1 GUT FEELINGS PROBIOTICS

Love Wellness Gut Feelings Probiotics, Love Wellness, $29.99

I take these daily to help support my gut health—they make such a difference in how I feel.*

SHOP NOW



## 2 GOOPGLOW MICRODERM INSTANT GLOW EXFOLIATOR

goop Beauty GOOPGLOW Microderm Instant Glow Exfoliator, goop, $125/$112 with subscription

I use this twice a week without fail and love the way it makes my skin feel. The exfoliating particles help slough away dead skin without being too harsh. The results are smoother, softer skin.

SHOP NOW



## 3 BIG BRAIN PROBIOTICS

Love Wellness Big Brain Probiotics, Love Wellness, $29.99

Instead of relying on caffeine to help with my dreaded 3 p.m. slump, I created a routine to help me sustain energy throughout the day with things like diet, exercise, and probiotics that support a healthy microbiome.*

SHOP NOW





**4**

### G.TOX ULTIMATE DRY BRUSH

goop Beauty G.Tox Ultimate Dry Brush, goop, $25

I dry brush before a bath for a little at-home skin-detox session. This one is my absolute favorite—it's the perfect size.

SHOP NOW



**5**

### GOOP BEAUTY G.TOX DETOX 5 SALT BATH SOAK

goop Beauty G.Tox Detox 5 Salt Bath Soak, goop, $40

I take baths once—sometimes twice—a day, and this bath soak is the best. It's so soothing and puts me straight into relaxation mode.

SHOP NOW



**6**

### GOOP BEAUTY GOOPGLOW AFTERGLOW BODY OIL

goop Beauty GOOPGLOW Afterglow Body Oil, goop, $48/$43 with subscription

I love smoothing this on after a bath. It's super hydrating and leaves my entire body glowing. It feels amazing, and my body just drinks up the moisture.

SHOP NOW



**7**

### GOOP BEAUTY GOOPGENES CLEAN NOURISHING LIP BALM

goop Beauty GOOPGENES Clean Nourishing Lip Balm Trio, goop, $48

I've always got one of these tinted balms in my bag. They're sheer enough to wear to work but tinted enough to make me feel put-together for a girls' night out or date night.

SHOP NOW



SHOP ALL CLEAN BEAUTY

*These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.*



**goop***

COMPANY
About goop
Policies
Careers
goop Press
Stores

CUSTOMER SERVICE
Contact Us
My Account
Track My Order
Shipping & Returns
Give and Get $50
FAQs
Subscription Terms

EXPLORE
Shop
Beauty
Food
Style
Travel
Wellness

CONNECT WITH GOOP
Apple Podcast
Facebook
Twitter
Instagram
YouTube

SUBSCRIBE TO OUR NEWSLETTER
Email Address          SIGN UP
By clicking 'submit,' you agree to receive emails from goop and accept our web Terms of Use and Privacy and cookie policy. *Terms apply.

CITY GUIDES

DonorsChoose.org

Pinterest
Spotify

Los Angeles | New York | London | Paris

Privacy & Cookies Policy | Web Terms of Use | Do Not Sell or Share My Information | Accessibility

©2008-2023 Goop, Inc. All Rights Reserved. goop® is a registered trademark of Goop, Inc. and is registered with the U.S. Patent and Trademark Office.

GIVE $50, GET $50   X



# TikTok, AI, and beyond: 6 social strategy takeaways from marketing pros

Article by Sara Lebow | May 12, 2023



TikTok and generative AI have changed the brand marketing game more than any other development since the pivot to mobile, and social media marketers must adapt. Here are six takeaways from CMOs and marketing professionals on how to do just that.

## 1. TikTok has consumers craving "weird," "cringey," "uncomfortable" content

The glossy, refined images that worked for marketers in the past don't pass the vibe check on TikTok. "Now you need weird, you need cringey, you need uncomfortable," said Lo Bosworth, founder of Love Wellness, speaking at Marketing Brew's The Brief event last week.

The challenge for lifestyle and wellness brands is figuring out how to deliver that authenticity without compromising brand identity. "What we're up against is really interesting content that verges on fetish content. How do you compete with that?" Bosworth said of brands that employ objectifying tactics to sell women's health products.

For Love Wellness, the best TikTok approach involves quick videos, hooks that grab attention, and eye-catching visuals, according to Bosworth.

## 2. Micro-influencers can beat Insta-celebs

"We have learned that for our audience, nano-influencers [and] micro-influencers are more significant than macro[-influencers]," said Bosworth. These smaller influencers can offer a more targeted approach that can provide more high-quality leads for less money.

We've heard this before, from furniture rental company Fernish, ecommerce site Overstock.com, and more. The challenge for brands is finding the right micro-influencers.

## 3. Reactivity can beat proactivity on social

Scrappiness can be a virtue for social media campaigns, especially when you're riding the dialogue brand loyalists are already posting.

ADVERTISEMENT

### Identify your highest performing audiences and consumer segments

TransUnion's TruAudience Analytics solutions use a data-driven approach to help brands reach the right audience while optimizing the customer experience.

Watch the Genius Awards video to find out how Ford refined its targeting techniques to better connect with consumers.

For language learning app Duolingo, 70% of all marketing is reactive, quick work, according to head of global marketing Manu Orssaud. Makeup guru Bobbi Brown found similar success in a viral video where she slathered her Jones Road foundation all over her face, poking fun at an influencer who had attempted a similar technique.

## 4. Your brand is a character

Duolingo uses its mascot Duo as a creator with his own storyline, following his own friends, said Orssaud. Duolingo focuses its social presence on being entertaining first, without making any hard sells. Orssaud's advice is to listen to stories and memes from the community in order to elevate the brand.

Liquid Death's vice president of creative Andy Pearson mentioned a similar approach last year, calling the brand "a character we're writing for."

## 5. Let AI be your co-pilot

Don't shy away from generative AI like ChatGPT as a brainstorming tool and collaborator. "Let those

Already have a subscription? Sign In

## Access All Charts and Data

● Learn about what technologies are transforming your industry

● Gain exclusive perspectives from top industry leaders

✔ Access thousands of data sets and forecasts via our iconic charts

Become a Client

SHARE   🔴 💼 🐦 📘

TOPICS

SOCIAL MEDIA MARKETING   UNITED STATES



READ NEXT

The Daily: Keeping up with retail media, ads in Roblox, and Tesla gives advertising a go
Audio | May, 2023

Maximizing ecommerce success with Instagram Stories | Sponsored Content
Article | May, 2023

Healthcare marketers

RELATED CHARTS & ANALYSIS

Why marketers and retailers should tune into Eurovision
Article | May, 2023

From AR to AI, what's going on at Snap?
Article | May, 2023

Social Video Usage and

tools do some of that upfront thinking for you, and you can really practice being the editor," said Katie Potochney, executive creative director and head of Wink at Intuit Mailchimp.

Using AI to conceptualize campaigns and posts can free up time for social teams, who can focus instead on execution and delivery of those features.

## 6. Performance marketing can't do it all

Brand marketing matters, even for B2B companies. Focusing only on performance marketing works only in the short term, said Angelique Temple, CMO of WeTransfer. B2B buyers are real people, so maintaining a social presence the same way a D2C company might is vital. For WeTransfer, this means working with creators who use the software to bring creative ideas to life, rather than just selling it as a productivity tool.

*This was originally featured in the eMarketer Daily newsletter. For more retail insights, statistics, and trends,* subscribe here.



## Want more **marketing** insights?

Sign up for eMarketer Daily, our free newsletter.

Business Email                     **Sign up**

☐ California Resident.   ☐ I agree to the terms of service and privacy policy.
By clicking "Sign Up" you agree to receive emails from Insider Intelligence (e.g. T Inc performance webinars, and other offers) and email our Terms of Service and Privacy Policy. You can opt out at any time.

### Daily News

| Article | Article | Article | Article |
|---|---|---|---|
| CTV advertising emerges as key theme in NBCUniversal's upfront amid WGA strike | Amazon jumps on the AI chatbot bandwagon | 6 predictions on the future of AI in advertising from ad and tech experts | Comcast says it will 'like' Hulu stake to Disney, pa way for a streaming em |

### Latest Reports

| Report | Report | Report | Report |
|---|---|---|---|
| Modern Card Issuers | Gen Z Consumer Payment Habits | Chinese Ecommerce in the US | Must-Do's for Twitter's |

SHOP NOW      SHOP NOW      SHOP NOW

Women's Health may earn commission from the links on this page, but we only feature products we believe in. Why Trust Us?

HEALTH

# The 13 Best Soaps For Your Vagina And Vulva, According To Gynos

Stay fresh, clean, and irritation-free.

BY **ARYELLE SICLAIT**, **EMILIA BENTON** AND **ASHLEY MARTENS**   PUBLISHED: MAY 10, 2023

🔖 SAVE ARTICLE



For the record, the vagina cleans itself and has a natural smell. You do not need to use "feminine hygiene" products or practices like douching or steaming to take care of it (they may actually do more harm than good!). It is, however, acceptable to keep your down there fresh with vaginal soap, which are specifically formulated to protect the sensitive skin in this area.

You do not want to actually go inside the vagina to clean it, as that can seriously mess with your natural pH levels. Instead, focus on the vulva, the sensitive skin around the vagina that makes up the clitoris, labia, the opening to the urethra, and the vaginal opening.

"The tissues [there] are a little bit different," says Bethanee Schlosser, MD, an associate professor of dermatology and obstetrics and gynecology at Northwestern University. "It is more fragile in terms of irritant potential, developing allergies, and physical trauma because the skin is not as 'thick,' so to speak, as external skin."

That means that in terms of the best soaps for your vagina area, it's important to keep in mind the products you use in this area can get into the opening of the vagina, which needs to maintain a certain pH balance to be healthy, says Jessica Shepherd, MD, an ob-gyn in Dallas. "A normal vaginal pH is usually less than 4.5 on the pH scale, meaning it is an acidic environment." Maintaining that normal vaginal pH prevents the overgrowth of bacteria and yeast that can cause an infection, adds Jodie Horton, MD, an ob-gyn in Oakton, Virginia, and the chief wellness advisor for Love Wellness.

Okay, so what is the best way to clean your vagina? Do you need vagina soap? You really only need to do a thorough rinse with warm water. However, if you are feeling like you need a little something extra, there are some vaginal soaps you can use.

## Our Experts' Top Picks



**1**    BEST FOR IRRITATED SKIN
**Ultra Sensitive Dry Skin Soothing Care**
Read more    SHOP AT AMAZON

**2**    BEST FOR DRY SKIN
**Sensitive Skin Bar**
Read more    $8 AT WALMART

**3**    BEST BAR SOAP
**Dove Sensitive Skin Beauty Bar Soap**
Read more    $4 AT TARGET

**4**    BEST FOR SENSITIVE SKIN
**Vanicream Cleansing Bar**
Read more    $5 AT WALGREENS

**5** 

BEST CLEANSING WIPES
**pH Balancing Wipes**
Read more

$$ AT ULTA BEAUTY

SHOW MORE

A mild cleanser is generally best, and you don't really need something that claims to balance your pH. While soap can throw off your healthy vaginal pH, it can't fix an unhealthy one. But if you use something mild, like the options below, and avoid going inside your vag while cleaning, you shouldn't have any issues. And definitely don't grab anything that claims to be exfoliating (ouch!). Also important: Skip the rough washcloths and loofahs—your hands are the only tools you need to clean your vulva, says Dr. Schlosser.

Not sure which vaginal soap is best for you? Here are 13 ob-gyn- and dermatologist-approved cleansers, soaps, and wipes that will not irritate your nether region.

**Meet the experts:** Bethanee Schlosser, MD, is an associate professor of dermatology and obstetrics and gynecology at Northwestern University. Jessica Shepherd, MD, is an ob-gyn in Dallas. Jodie Horton, MD, is an ob-gyn in Oakton, Virginia, and the chief wellness advisor for Love Wellness.



# 1

BEST FOR IRRITATED SKIN
## Ultra Sensitive Dry Skin Soothing Care

SHOP AT AMAZON

SHOP AT WALMART



This is one Dr. Schlosser says is so gentle you could use it on skin as delicate your eyelid—which makes it ideal for the vulva. (Btw: If you wouldn't put it on your face, it shouldn't be anywhere near the skin around your vagina.) This cleanser is preservative-free, paraben-free, fragrance-free, and alcohol-free, which will both sooth vulvar irritation and keep it from reoccurring.



# 2

BEST FOR DRY SKIN
## Sensitive Skin Bar

$8 AT WALMART

$3 AT WALGREENS



Because of the soothing and moisturizing effects of chamomile and aloe vera, both of which are packed into this bar, it's always on her list of recommendations for vulvar soaps, says Lauren Streicher, MD, a clinical professor of obstetrics and gynecology at Northwestern University.

# 3

BEST BAR SOAP
## Dove Sensitive Skin Beauty Bar Soap






Dr. Ross is also a fan of this hypoallergenic bar, which, she says, is "gentle for the vulva." It washes off without residue, leaving skin feeling soft and moisturized.

Advertisement - Continue Reading Below




# 4

**BEST FOR SENSITIVE SKIN**

## Vanicream Cleansing Bar





This cream-based cleanser is packing all the moisture that sensitive skin is begging for. And, even for those whose vulvae aren't particularly reactive to irritants, Dr. Streicher says this hypoallergenic option will make sure they stay that way.

# 5

**BEST CLEANSING WIPES**

## pH Balancing Wipes

These wipes are a great option because they provide safe external personal hygiene without disrupting the vagina's natural pH levels.



# 6

**BEST MULTI-PURPOSE SOAP**

## Cetaphil Gentle Cleansing Bar



You won't find any harsh ingredients in this Dr. Streicher rec. Cetaphil promises not to strip the skin of moisture and keep it feeling nourished all-day-long thanks to the fact that it's soap and detergent-free.

But if you're especially sensitive, Dr. Schlosser says to keep in mind that unscented doesn't mean fragrance-free, meaning this bar still has perfume that masks the smell of its ingredients, which could be an irritant.

Advertisement - Continue Reading Below





# 7

**BEST FOR MOISTURIZING**

## Gentle Moisturizing Bar Cleanser

**$7 AT WALMART**

**$4 AT WALGREENS**



This pick's biggest highlight, according to Sherry Ross, MD, an ob-gyn in Santa Monica and author of *She-ology*, is the fact that it's fragrance-free. It won't irritate the skin with unnecessary perfumes.



# 8

**BEST NATURAL CLEANSER**

## Aquanil Soapless Lipid-Free Cleanser

**$15 AT AMAZON**

**$22 AT WALMART**

CREDIT: AMAZON



Aquanil bills itself as a "hydrating lotion" that can be used with or without water. It's oil-free, soap-free, and fragrance-free which makes it an prime pick by ob-gyns, says Dr. Streicher.



# 9

**BEST FOR DAMAGED SKIN**

## Hydrating Cleansing Bar Soap

**$11 AT AMAZON**

**$11 AT WALMART**

**$15 AT TARGET**



This cleanser is made with ceramides "which is part of the 'glue' that sticks the cells together in terms of promoting a natural barrier function," says Dr. Schlosser. The super-gentle ingredients reinforce and shield the vulvar area's skin to keep it healthy.



Advertisement · Continue Reading Below

VIVAIA

**Designed for All Day Walking**

SHOP NOW >

Wide Toe Box · Breathable · Arch Support



# 10

**BEST BODY WASH**





### Cetaphil Gentle Skin Cleanser

**$12 AT TARGET**

**$16 AT WALMART**

**$17 AT ULTA BEAUTY**



If a pump works better with your shower situation, this cleanser, like the bar, has "been shown on skin to not exacerbate or create problems" for the vulva, according to Dr. Streicher.



# 11
**BEST FOR POST-SEX CLEANSING**

### Eucerin Advanced Cleansing Body & Face Cleanser

**$18 AT AMAZON**

**$18 AT WALMART**

CREDIT: AMAZON



This cleanser is one that Dr. Ross says you can "confidently use for feminine hygiene" since it's still gentle enough for your face. While it may not be as mild as the ultra-sensitive Eucerin pick above, it's still a great choice since it's fragrance- and soap-free.

# 12
**BEST FOR TRAVEL**

### Feminine Wet Wipes

**$23 AT AMAZON**



A shower is always better than a wipe, but if you're in a pinch, these are a good bet for freshening up safely. Dr. Shepherd recommends these wipes, as they're pH-balanced and unscented, which means they're less likely to cause any irritation if you have sensitive skin.

Advertisement - Continue Reading Below



Designed for **All Day Walking**

**SHOP NOW >**

1 Wide Toe Box  2 Breathable  3 Arch Support



# 13
**BEST FOR INGROWN HAIRS**

### Tend Skin Liquid Skin Care Solution

**$16 AT TARGET**

**$25 AT WALMART**





Although this product is not specifically marketed as a vagina soap, women can use this solution to prevent ingrown hairs on the bikini line, says Michael Green, MD, an ob-gyn at Winona, an anti-aging wellness center. It contains salicylic acid to exfoliate the skin and reduce inflammation.


**ARYELLE SICLAIT**
EDITOR
Aryelle Siclait is the editor at Women's Health where she writes and edits articles about relationships, sexual health, pop culture, and fashion for verticals across WomensHealthMag.com and the print magazine. She's a Boston College graduate and lives in New York.


**EMILIA BENTON**
CONTRIBUTING WRITER
Emilia Benton is a Houston-based freelance writer and editor. In addition to Runner's World, she has contributed health, fitness and wellness content to Women's Health, SELF, Prevention, Healthline, and the Houston Chronicle, among other publications. She is also an 11-time marathoner, a USATF Level 1 certified running coach, and an avid traveler.


**ASHLEY MARTENS**
WRITER
*Ashley Martens is a Wellness Writer based in Chicago, Illinois. With a digital marketing background and her knowledge of general nutrition and a lifelong passion for all things health and wellness, Ashley covers topics that can help people live happier and healthier lives.*

**Wellness changes everything. Get started with our newsletter.**
Sign up for workouts, meals and more!

📧 Enter your email address here            LET'S DO THIS

By signing up, I agree to Hearst Magazines' Terms of Use (including the dispute resolution procedures); my information will be used as described in the Privacy Notice.

# Watch Next

1  Article Left    **Go unlimited with Women's Health.**                    EXPAND ^

 

## Time Women of the Year 2023 red carpet: Cate Blanchett, Angela Bassett, more

By Tori Schneebaum                                                March 9, 2023 | 11:42am



On Wednesday, Time magazine gathered an impressive group to celebrate International Women's Day, honoring 12 women featured on its 2023 Women of the Year list. Everyone from Angela Bassett to Cate Blanchett walked the red carpet at the Four Seasons Los Angeles at Beverly Hills to celebrate their collective achievements. See what all the stars wore to the event.

Getty Images



Cate Blanchett wears Alexandre Vauthier Couture on the Time Women of the Year 2023 red carpet.

Getty Images





Quinta Brunson wears Fendi Couture on the Time Women of the Year 2023 red carpet.

Wirelmage

Advertisement





Phoebe Bridgers wears Rodarte on the Time Women of the Year 2023 red carpet.

AFP via Getty Images



Angela Bassett on the Time Women of the Year 2023 red carpet.

Getty Images





Tiffany Haddish wears The Sei on the Time Women of the Year 2023 red carpet.

WireImage



Olivia Culpo on the Time Women of the Year 2023 red carpet.

Getty Images



Megan Rapinoe on the Time Women of the Year 2023 red carpet.

Getty Images





Brooke Shields on the Time Women of the Year 2023 red carpet.

FilmMagic

Advertisement



enjoy 0%
intro APR for
15 months
on purchases and
balance transfers

Learn More   Citi Custom Cash™ Card   citi



Li Jun Ji wears Moschino on the Time Women of the Year 2023 red carpet.

Getty Images



Rita Moreno on the Time Women of the Year 2023 red carpet.

FilmMagic





Kat Graham on the Time Women of the Year 2023 red carpet.

Getty Images

Advertisement



enjoy 0%
intro APR for
15 months
on purchases and
balance transfers

Learn More    Citi Custom Cash® Card    citi



Yvonne Orji on the Time Women of the Year 2023 red carpet.

Getty Images



Holly Robinson Peete on the Time Women of the Year 2023 red carpet.

Getty Images



Lo Bosworth on the Time Women of the Year 2023 red carpet.

Getty Images

Advertisement



SHOP NOW

*T&Cs apply

FISHER & PAYKEL

**UP NEXT**

### Wendy Williams Combines Gucci And Fendi And More Star Snaps