**EXHIBIT F**



INTERNET ARCHIVE https://www.love.com/ Go MAR MAY JUN
WaybackMachine 12,951 captures
9 Nov 1998 - 4 Jun 2023                     2022 2023 2024  About this capture

Love Sourced and Vetted. Learn more →

# LOVE

Shop / Our Vetting / Foundation / Team

# We're creating space in the world for love and healing.

Explore products that we've **carefully sourced** from across the world, across mind

## Experience the Love Shop

Our **vetting process** includes not only consumer feedback and scientific advisory reviews, but also a proprietary Love Score which dives deep into safety and high quality products.

**Shop All**



### The Love Foundation

At Love, we are committed to making a positive impact on the world by giving back to communities in need. Our foundation, funded is funded by 1% of our revenue.

Learn More >



### Trust & Transparency

Love sets a new standard for wellness by combining vetted products, advisory perspectives, data, and research to create a personal connection and healing for our community. We believe in truth through transparency.

Learn More >



### Meet our Advisors

Our advisory board consists of business and

# #weloveyoucommunity

Privacy Policy    Terms of Use    CA Prop 65    DMCA    Accessibility    Cookie Policy

Anti-Discrimination    Prohibited Product Policy    CA Privacy Policy    Sellers Terms of Use    Buyer Terms & Conditions

*Community Score. Each Product on the Platform shall receive a "Community Score," which shall be based on Buyer feedback on our platform. *Love Score. Each Product on the Platform shall also receive a "Love Score," which is a Love proprietary scoring system based on our vetting process and algorithm related to high quality standards, product certifications, research, efficacy, and consumer feedback.

Statements on this website have not been evaluated by the Food and Drug Administration and the products on this website are not intended to diagnose, treat, cure or prevent any disease.

©2023 Love Shops, LLC

Adobe Acrobat    22.3.20258.0    10:39:21 AM 6/5/2023    Windows 10 Enterprise 64-bit Build 19044


# Vetted Products that Unlock Your Best Self.

Explore products that we've **carefully sourced** from across the world, across mind, body and soul healing within the Love Shop.

[Shop Now]

## NEW IN





**$45.00**

**Super Troop**
🌼 95%   ⊙ 100%

Recalibrate and restore your body with super troop. Crafted to enhance focus…



**$120.00**

**Super Pack Bundle**
🌼 96%   ⊙ 100%

The trifecta to promote the healthiest version of you. Boost focus and mental…



**$32.42**

**Milk Thistle**
🌼 94%   ⊙ 100%

This powerful herb is essential for restoring and detoxifying the liver.



**$32.93**

**Probiotic Sensitive**
🌼 100%   ⊙ 100%

Calming stressed digestion and relieving irritable digestion.



**$30.50**

**Your Flora Probiotic Regenesis**
🌼 99%   ⊙ 100%

Alleviating constipation and post-antibiotic use



**$33.48**

**Your Flora Probiotic Comfort**
🌼 92%   ⊙ 100%

Gas and Bloating Support



**$34.15**

**Probiotic Terrain**
🌼 100%   ⊙ 100%

Our special fermented Kefir-Kombucha mix, blended with natural and non-GMO…



**$33.43**

**Your Flora Probiotic Soothe**
🌼 100%   ⊙ 100%

Introducing our powerful 45+ strain Kefir-Kombucha fermented symbiotic…

## Experience the Love Shop

Our **vetting process** includes not only consumer feedback and scientific advisory reviews, but also a proprietary Love Score which dives deep into safety and high quality products.

[Shop More]



### The Love Foundation

At Love, we are committed to making a positive impact on the world by giving back to communities in need. Our foundation, funded is funded by 1% of our revenue.

Learn More >



### Trust & Transparency

Love sets a new standard for wellness by combining vetted products, advisory perspectives, data, and research to create a personal connection and healing for our community. We believe in truth through transparency.

Learn More >



### Meet our Advisors

Our advisory board consists of business and scientific experts that support the Love team in their quest to bring transparency to our business.

Learn More >
















