# EXHIBIT G

**Generated on:** This page was generated by TSDR on 2023-06-02 19:18:51 EDT

**Mark:** LOVE



**US Serial Number:** 97305381

**Application Filing Date:** Mar. 10, 2022

**Register:** Principal

**Mark Type:** Trademark, Collective Membership Mark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Nov. 20, 2022

## Mark Information

**Mark Literal Elements:** LOVE

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

**Description of Mark:** The mark consists of the word LOVE with capital L and equally sized lowercase o v and e.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) pink is/are claimed as a feature of the mark.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** consumer health and wellness mobile application whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 001 - Primary Class

**U.S Class(es):** 001, 005, 006, 010, 026, 046

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness mobile application to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited

to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 005 - Primary Class | U.S Class(es): | 005, 006, 018, 044, 046, 051, 052 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 019 - Primary Class | U.S Class(es): | 001, 012, 033, 050 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application for a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 036 - Primary Class | U.S Class(es): | 100, 101, 102 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies who operate as a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness

supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 037 - Primary Class    **U.S Class(es):** 100, 103, 106

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** company whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 038 - Primary Class    **U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 039 - Primary Class    **U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies that use hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 040 - Primary Class    **U.S Class(es):** 100, 103, 106

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 041 - Primary Class    **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a company whose goods and services include the collection, transportation, sequencing, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and

programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 042 - Primary Class      **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a health and wellness membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 044 - Primary Class      **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness mobile application for a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 045 - Primary Class      **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):**      **U.S Class(es):** 200 - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION      **State or Country Where Organized** FLORIDA

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kenneth I. Kohn | **Docket Number:** | 0117.00012 |
| **Attorney Primary Email Address:** | k.kohn@kohnandassociates.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | KENNETH I. KOHN KOHN AND ASSOCIATES PLLC 30500 NORTHWESTERN HIGHWAY SUITE 410 FARMINGTON HILLS, MICHIGAN UNITED STATES 48334 | | |
| **Phone:** | 248-539-5050 | **Fax:** | 248-539-5055 |
| **Correspondent e-mail:** | k.kohn@kohnandassociates.com USPTO@dockettrak.com mail@kohnandassociates.com k.saperstein@kohnandassociates.com s.fox@kohnandassociates.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 20, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 20, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 20, 2022 | NON-FINAL ACTION WRITTEN | 90334 |
| Nov. 03, 2022 | ASSIGNED TO EXAMINER | 90334 |
| Mar. 15, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | ALESKOW, DAVID HOWARD | **Law Office Assigned:** | LAW OFFICE 105 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Nov. 20, 2022 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:19:48 EDT

**Mark:** LOVE TOKEN

LOVE Token

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97308316 | **Application Filing Date:** | Mar. 11, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Nov. 20, 2022

## Mark Information

**Mark Literal Elements:** LOVE TOKEN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** virtual currency monetary token used by a company whose goods and services include operating clinical trials; operating virtual clinical trials; operating decentralized clinical trials; operating decentralized virtual clinical trials; the development of pharmaceuticals; the assessment of pharmaceuticals; providing information about pharmaceuticals; the sale of pharmaceuticals; the testing of pharmaceuticals; the treatment of infections; the treatment of disease; the treatment of illness; creating, testing, selling, and providing information about pharmaceuticals for the treatment of viral infections, neoplastic, metabolic, autoimmune, or inflammatory disorders; providing healthcare services; providing health management programs; providing a health database; health management featuring inputting and collection of data and information all for treatment and diagnostic purposes; providing a full line of pharmaceutical preparations; educational services, namely, providing electronic publications in the nature of articles and newsletters in the field of pharmaceuticals and healthcare to healthcare professionals and patients; healthcare services, namely, providing information in the field of health via the internet; the use of artificial intelligence to analyze photographs for the purpose of making health recommendations or diagnosing or treating any disease; providing health diagnostic services; providing health care; providing health planning tools; providing dietary recommendations; generating personalized health supplements and recommendations; evaluating third-party health supplements and programs; selling health and wellness supplements and programs; hosting a marketplace for health and wellness supplements and programs; providing exercise recommendations; providing testing material for biotechnology firms; providing virtual and in-person health assessments; running in-person and virtual medical surveys; providing treatment programs for addiction and recovery; and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kenneth I. Kohn | **Docket Number:** | 0117.00018 |
| **Attorney Primary Email Address:** | k.kohn@kohnandassociates.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | KENNETH I. KOHN<br>KOHN AND ASSOCIATES PLLC<br>30500 NORTHWESTERN HIGHWAY<br>SUITE 410<br>FARMINGTON HILLS, MICHIGAN UNITED STATES 48334 | | |
| **Phone:** | 248-539-5050 | **Fax:** | 248-539-5055 |
| **Correspondent e-mail:** | k.kohn@kohnandassociates.com USPTO@docke ttrak.com mail@kohnandassociates.com k.saperst ein@kohnandassociates.com s.fox@kohnandass ociates.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 20, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 20, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 20, 2022 | NON-FINAL ACTION WRITTEN | 90334 |
| Nov. 03, 2022 | ASSIGNED TO EXAMINER | 90334 |
| Mar. 16, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | ALESKOW, DAVID HOWARD | **Law Office Assigned:** | LAW OFFICE 105 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Nov. 20, 2022 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:20:37 EDT

**Mark:** LOVE COIN

# LOVE Coin

| | |
|---|---|
| **US Serial Number:** 97308329 | **Application Filing Date:** Mar. 11, 2022 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |



**TM5 Common Status Descriptor:** LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Nov. 20, 2022

## Mark Information

**Mark Literal Elements:** LOVE COIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

> **Note:**
> The following symbols indicate that the registrant/owner has amended the goods/services:
> - Brackets [..] indicate deleted goods/services;
> - Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
> - Asterisks *..* identify additional (new) wording in the goods/services.

**For:** virtual currency monetary token used by a company whose goods and services include operating clinical trials; operating virtual clinical trials; operating decentralized clinical trials; operating decentralized virtual clinical trials; the development of pharmaceuticals; the assessment of pharmaceuticals; providing information about pharmaceuticals; the sale of pharmaceuticals; the testing of pharmaceuticals; the treatment of infections; the treatment of disease; the treatment of illness; creating, testing, selling, and providing information about pharmaceuticals for the treatment of viral infections, neoplastic, metabolic, autoimmune, or inflammatory disorders; providing healthcare services; providing health management programs; providing a health database; health management featuring inputting and collection of data and information all for treatment and diagnostic purposes; providing a full line of pharmaceutical preparations; educational services, namely, providing electronic publications in the nature of articles and newsletters in the field of pharmaceuticals and healthcare to healthcare professionals and patients; healthcare services, namely, providing information in the field of health via the internet; the use of artificial intelligence to analyze photographs for the purpose of making health recommendations or diagnosing or treating any disease; providing health diagnostic services; providing health care; providing health planning tools; providing dietary recommendations; generating personalized health supplements and recommendations; evaluating third-party health supplements and programs; selling health and wellness supplements and programs; hosting a marketplace for health and wellness supplements and programs; providing exercise recommendations; providing testing material for biotechnology firms; providing virtual and in-person health assessments; running in-person and virtual medical surveys; providing treatment programs for addiction and recovery; and running virtual and in-person medical studies

**International Class(es):** 036 - Primary Class     **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country Where Organized** | FLORIDA |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kenneth I. Kohn | **Docket Number:** | 0117.00019 |
| **Attorney Primary Email Address:** | k.kohn@kohnandassociates.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | KENNETH I. KOHN<br>KOHN AND ASSOCIATES PLLC<br>30500 NORTHWESTERN HIGHWAY<br>SUITE 410<br>FARMINGTON HILLS, MICHIGAN UNITED STATES 48334 | | |
| **Phone:** | 248-539-5050 | **Fax:** | 248-539-5055 |
| **Correspondent e-mail:** | k.kohn@kohnandassociates.com USPTO@docke<br>ttrak.com mail@kohnandassociates.com k.saperst<br>ein@kohnandassociates.com s.fox@kohnandass<br>ociates.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 20, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 20, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 20, 2022 | NON-FINAL ACTION WRITTEN | 90334 |
| Nov. 03, 2022 | ASSIGNED TO EXAMINER | 90334 |
| Mar. 17, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | ALESKOW, DAVID HOWARD | **Law Office Assigned:** | LAW OFFICE 105 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Nov. 20, 2022 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:21:04 EDT

**Mark:** LOVE BY LOVE

*Love by Love*

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97668743 | **Application Filing Date:** | Nov. 08, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Apr. 11, 2023

**Publication Date:** Feb. 14, 2023 **Notice of Allowance Date:** Apr. 11, 2023

# Mark Information

**Mark Literal Elements:** LOVE BY LOVE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Desk pads; Paper gift bags; Paper stationery; Paper stationery with inspirational messages imprinted thereon; Printed magazines featuring content that celebrates and explores Love in all its forms, Self-Love, Love of Others, and Mental, Emotional, and Spiritual Love; Printed magazines featuring music, art, and wellness content and news, commentary, and information regarding the healthcare, medicine, and medical technology industries; Blank writing journals; Illustrated notepads; Printed daily planners; Printed notepads

| | | | |
|---|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Tote bags

| | | | |
|---|---|---|---|
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Clothing, namely, woven shirts, outer jackets, hooded sweatshirts, sweatshirts, coats, sweaters and caps being headwear, and hats; Clothing, namely, T-shirts; Athletic apparel, namely, shirts, pants, outer jackets, footwear, hats and caps being headwear, athletic uniforms

| | |
|---|---|
| **International Class(es):** 025 - Primary Class | **U.S Class(es):** 022, 039 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(b) | |

| | |
|---|---|
| **For:** Kvass | |
| **International Class(es):** 032 - Primary Class | **U.S Class(es):** 045, 046, 048 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(b) | |

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44E:** No |
| **Filed 44E:** No | **Currently 66A:** No |
| **Filed 66A:** No | **Currently No Basis:** No |
| **Filed No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION    **State or Country Where Organized** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Almuhtada Smith

**Attorney Primary Email Address:** asmith@arscounsel.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ALMUHTADA SMITH
ARS IP LAW FIRM, P.C.
515 S. FLOWER ST.
18TH FLOOR
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Phone:** 213-293-3565

**Correspondent e-mail:** asmith@arscounsel.com karissa@love.com    **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 11, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 14, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 14, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 25, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 06, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 06, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 06, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 06, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 06, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |

| Jan. 05, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
|---|---|---|
| Jan. 05, 2023 | NON-FINAL ACTION E-MAILED | |
| Jan. 05, 2023 | NON-FINAL ACTION WRITTEN | 76427 |
| Jan. 04, 2023 | ASSIGNED TO EXAMINER | 76427 |
| Nov. 29, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 11, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** MOLINOFF, JEFFREY S. | **Law Office Assigned:** LAW OFFICE 122 |

| File Location | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Apr. 11, 2023 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:21:27 EDT

**Mark:** LOVE BY LOVE FEST

Love by Love Fest

**US Serial Number:** 97668767

**Application Filing Date:** Nov. 08, 2022

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Apr. 11, 2023

**Publication Date:** Feb. 14, 2023 **Notice of Allowance Date:** Apr. 11, 2023

# Mark Information

**Mark Literal Elements:** LOVE BY LOVE FEST

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Desk pads; Paper gift bags; Paper stationery; Paper stationery with inspirational messages imprinted thereon; Printed magazines featuring content that celebrates and explores Love in all its forms, Self-Love, Love of Others, and Mental, Emotional, and Spiritual Love; Printed magazines featuring music, art, and wellness content and news, commentary, and information regarding the healthcare, medicine, and medical technology industries; Blank writing journals; Illustrated notepads; Printed daily planners; Printed notepads

**International Class(es):** 016 - Primary Class     **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Tote bags

**International Class(es):** 018 - Primary Class     **U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Clothing, namely, woven shirts, outer jackets, hooded sweatshirts, sweatshirts, coats, sweaters and caps being headwear, and hats; Clothing, namely, T-shirts; Athletic apparel, namely, shirts, pants, outer jackets, footwear, hats and caps being headwear, athletic uniforms

| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
|---|---|---|---|
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

| For: | Kvass | | |
|---|---|---|---|
| International Class(es): | 032 - Primary Class | U.S Class(es): | 045, 046, 048 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| Filed Use: | No | Currently Use: | No |
|---|---|---|---|
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| Owner Name: | Love Health, Inc. | | |
|---|---|---|---|
| Owner Address: | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Almuhtada Smith | | |
|---|---|---|---|
| Attorney Primary Email Address: | asmith@arscounsel.com | Attorney Email Authorized: | Yes |

### Correspondent

| Correspondent Name/Address: | ALMUHTADA SMITH<br>ARS IP LAW FIRM, P.C.<br>515 S. FLOWER ST.<br>18TH FLOOR<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 | | |
|---|---|---|---|
| Phone: | 213-293-3565 | | |
| Correspondent e-mail: | asmith@arscounsel.com karissa@love.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 11, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 14, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 14, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 25, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 06, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 06, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 06, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 06, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 06, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |

| | | |
|---|---|---|
| Jan. 05, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 05, 2023 | NON-FINAL ACTION E-MAILED | |
| Jan. 05, 2023 | NON-FINAL ACTION WRITTEN | 76427 |
| Jan. 04, 2023 | ASSIGNED TO EXAMINER | 76427 |
| Nov. 29, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 11, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** MOLINOFF, JEFFREY S. | **Law Office Assigned:** LAW OFFICE 122 |

| File Location | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Apr. 11, 2023 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:21:44 EDT

**Mark:** LOVEFEST BY LOVE

*LoveFest by Love*

**US Serial Number:** 97668791

**Application Filing Date:** Nov. 08, 2022

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Apr. 11, 2023

**Publication Date:** Feb. 14, 2023 **Notice of Allowance Date:** Apr. 11, 2023

## Mark Information

**Mark Literal Elements:** LOVEFEST BY LOVE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Desk pads; Paper gift bags; Paper stationery; Paper stationery with inspirational messages imprinted thereon; Printed magazines featuring content that celebrates and explores Love in all its forms, Self-Love, Love of Others, and Mental, Emotional, and Spiritual Love; Printed magazines featuring music, art, and wellness content and news, commentary, and information regarding the healthcare, medicine, and medical technology industries; Blank writing journals; Illustrated notepads; Printed daily planners; Printed notepads

**International Class(es):** 016 - Primary Class

**U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Tote bags

**International Class(es):** 018 - Primary Class

**U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Clothing, namely, woven shirts, outer jackets, hooded sweatshirts, sweatshirts, coats, sweaters and caps being headwear, and hats; Clothing, namely, T-shirts; Athletic apparel, namely, shirts, pants, outer jackets, footwear, hats and caps being headwear, athletic uniforms

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | | | |
|---|---|---|---|
| **For:** | Kvass | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Almuhtada Smith | | |
| **Attorney Primary Email Address:** | asmith@arscounsel.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>ARS IP LAW FIRM, P.C.<br>515 S. FLOWER ST.<br>18TH FLOOR<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 | | |
| **Phone:** | 213-293-3565 | | |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 11, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 14, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 14, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 25, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 06, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 06, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 06, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 06, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 06, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |

| | | |
|---|---|---|
| Jan. 05, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 05, 2023 | NON-FINAL ACTION E-MAILED | |
| Jan. 05, 2023 | NON-FINAL ACTION WRITTEN | 76427 |
| Jan. 04, 2023 | ASSIGNED TO EXAMINER | 76427 |
| Nov. 29, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 11, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** MOLINOFF, JEFFREY S.    **Law Office Assigned:** LAW OFFICE 122

**File Location**

**Current Location:** INTENT TO USE SECTION    **Date in Location:** Apr. 11, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:22:09 EDT

**Mark:** LOVE BY LOVE FEST

*Love by Love Fest*

| | |
|---|---|
| **US Serial Number:** 97658516 | **Application Filing Date:** Nov. 01, 2022 |
| **Register:** Principal | |
| **Mark Type:** Trademark, Service Mark | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** May 16, 2023

**Publication Date:** Mar. 21, 2023    **Notice of Allowance Date:** May 16, 2023

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LOVE BY LOVE FEST |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable calendaring software that allows users to plan, manage, and attend events, conferences, festivals, and concerts; downloadable communications software for sending and receiving alerts, reminders, calendar information and messages; downloadable computer software for the collection, editing, organizing, modifying, bookmarking, transmission, storage and sharing of data and information; downloadable computer software for organizing and viewing digital images, photographs, videos, text; downloadable computer software for viewing and listening to audio and audiovisual materials; downloadable computer software for displaying and sharing a user's location and professional profile, and locating and interacting with other users at festivals, conferences, concerts, and social events; Downloadable software for accessing and streaming multimedia entertainment content; downloadable software for streaming audiovisual and multimedia content via the internet and global communications networks; downloadable software for streaming audiovisual and multimedia content to mobile digital electronic devices; downloadable software for booking temporary lodging; downloadable computer software for the collection, editing, organizing, modifying, book marking, transmission, storage, and sharing of data and information on hotel and temporary accommodations for travel, food, beverages, and the food industry; Downloadable computer software for use in electronically trading, storing, sending, receiving, accepting and transmitting crypto-currency and virtual goods for use in virtual worlds; Downloadable computer software, namely, an electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile phone, PDA, and web-based environment for managing digital asset payment and exchange transactions; Downloadable computer software for processing electronic payments; downloadable authentication software for controlling access to and communications with computers and computer networks

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

**For:** Promotion of musical concerts and festivals for others in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental

health issues, sports, education, food, beverages, the food industry, healthcare, medicine, and medical technology; promotion of business networking events and exhibitions for business and advertising purposes for others in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental health issues, sports, education, food, beverages, the food industry, healthcare, medicine, and medical technology

| | | |
|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** 100, 101, 102 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(b) | |

**For:** Arranging, organizing, conducting, and hosting social entertainment events; Arranging and conducting of concerts; Entertainment, namely, live music concerts; Organizing, arranging, and conducting conferences, seminars, symposia, conventions ,in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental health issues, sports, education, food, beverages, the food industry, healthcare, medicine, medical technology and entertainment events; Arranging and conducting of business conferences in the fields of health and wellness, technology

| | | |
|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** 100, 101, 107 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(b) | |

**For:** Providing temporary use of on-line non-downloadable calendaring software that allows users to plan, manage, and attend events, conferences, festivals, and concerts; providing temporary use of online non-downloadable computer software for the collection, editing, organizing, modifying, bookmarking, transmission, storage and sharing of data and information; Providing temporary use of on-line non-downloadable software for organizing and viewing digital images, photographs, videos, text; Providing temporary use of on-line non-downloadable software for viewing and listening to audio and audiovisual materials; providing temporary use of on-line non-downloadable software for displaying and sharing a user's location and professional profile and locating and interacting with other users at festivals, conferences, concerts, and social events; Providing temporary use of on-line non-downloadable software for accessing and streaming multimedia entertainment content; Providing temporary use of on-line non-downloadable software for streaming audiovisual and multimedia content via the internet and global communications networks; Providing temporary use of on-line non-downloadable software for streaming audiovisual and multimedia content; Providing temporary use of on-line non-downloadable software for use in electronically trading, storing, sending, receiving, accepting and transmitting crypto-currency and virtual goods for use in virtual worlds; Providing temporary use of online non-downloadable computer software, namely, an electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile phone, PDA, and web-based environment for managing digital asset payment and exchange transactions; Providing temporary use of on-line non-downloadable software for processing electronic payments; providing temporary use of on-line non-downloadable authentication software for controlling access to and communications with computers and computer networks

| | | |
|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(b) | |

**For:** Providing of food and drink; making reservations for others for temporary lodging accommodations; providing a website for booking temporary lodging; providing a website featuring information on hotel and temporary accommodations; catering services; providing banquet and social function facilities; provision of conference and meeting facilities; restaurant services; bar services

| | | |
|---|---|---|
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(b) | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

| | |
|---|---|
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Almuhtada Smith

**Attorney Primary Email Address:** asmith@arscounsel.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** ALMUHTADA SMITH
ARS IP LAW FIRM, P.C.
515 S. FLOWER ST.
18TH FLOOR
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Phone:** 213-293-3565

**Correspondent e-mail:** asmith@arscounsel.com karissa@love.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 16, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 21, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 21, 2023 | PUBLISHED FOR OPPOSITION | |
| Mar. 01, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 13, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 13, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 13, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Feb. 13, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Feb. 13, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |
| Feb. 08, 2023 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jan. 31, 2023 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 99910 |
| Jan. 17, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 17, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 17, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 17, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 17, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |
| Jan. 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 09, 2023 | NON-FINAL ACTION E-MAILED | |
| Jan. 09, 2023 | NON-FINAL ACTION WRITTEN | 76427 |
| Jan. 04, 2023 | ASSIGNED TO EXAMINER | 76427 |
| Nov. 19, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 04, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** MOLINOFF, JEFFREY S.

**Law Office Assigned:** LAW OFFICE 122

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** May 16, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:22:30 EDT

**Mark:** LOVEFEST BY LOVE

LoveFest by Love

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97658528 | **Application Filing Date:** | Nov. 02, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | | | LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. |
| **Status:** | Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date. | | |
| **Status Date:** | May 16, 2023 | | |

**Publication Date:** Mar. 21, 2023 **Notice of Allowance Date:** May 16, 2023

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LOVEFEST BY LOVE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable calendaring software that allows users to plan, manage, and attend events, conferences, festivals, and concerts; downloadable communications software for sending and receiving alerts, reminders, calendar information and messages; downloadable computer software for the collection, editing, organizing, modifying, bookmarking, transmission, storage and sharing of data and information; downloadable computer software for organizing and viewing digital images, photographs, videos, text; downloadable computer software for viewing and listening to audio and audiovisual materials; downloadable computer software for displaying and sharing a user's location and professional profile, and locating and interacting with other users at festivals, conferences, concerts, and social events; Downloadable software for accessing and streaming multimedia entertainment content; downloadable software for streaming audiovisual and multimedia content via the internet and global communications networks; downloadable software for streaming audiovisual and multimedia content to mobile digital electronic devices; downloadable software for booking temporary lodging; downloadable computer software for the collection, editing, organizing, modifying, book marking, transmission, storage, and sharing of data and information on hotel and temporary accommodations for travel, food, beverages, and the food industry; Downloadable computer software for use in electronically trading, storing, sending, receiving, accepting and transmitting crypto-currency and virtual goods for use in virtual worlds; Downloadable computer software, namely, an electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile phone, PDA, and web-based environment for managing digital asset payment and exchange transactions; Downloadable computer software for processing electronic payments; downloadable authentication software for controlling access to and communications with computers and computer networks

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

**For:** Promotion of musical concerts and festivals for others in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental

health issues, sports, education, food, beverages, the food industry, healthcare, medicine, and medical technology; promotion of business networking events and exhibitions for business and advertising purposes for others in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental health issues, sports, education, food, beverages, the food industry, healthcare, medicine, and medical technology

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Arranging, organizing, conducting, and hosting social entertainment events; Arranging and conducting of concerts; Entertainment, namely, live music concerts; Organizing, arranging, and conducting conferences, seminars, symposia, conventions ,in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental health issues, sports, education, food, beverages, the food industry, healthcare, medicine, medical technology and entertainment events; Arranging and conducting of business conferences in the fields of health and wellness, technology

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing temporary use of on-line non-downloadable calendaring software that allows users to plan, manage, and attend events, conferences, festivals, and concerts; providing temporary use of online non-downloadable computer software for the collection, editing, organizing, modifying, bookmarking, transmission, storage and sharing of data and information; Providing temporary use of on-line non-downloadable software for organizing and viewing digital images, photographs, videos, text; Providing temporary use of on-line non-downloadable software for viewing and listening to audio and audiovisual materials; providing temporary use of on-line non-downloadable software for displaying and sharing a user's location and professional profile and locating and interacting with other users at festivals, conferences, concerts, and social events; Providing temporary use of on-line non-downloadable software for accessing and streaming multimedia entertainment content; Providing temporary use of on-line non-downloadable software for streaming audiovisual and multimedia content via the internet and global communications networks; Providing temporary use of on-line non-downloadable software for streaming audiovisual and multimedia content; Providing temporary use of on-line non-downloadable software for use in electronically trading, storing, sending, receiving, accepting and transmitting crypto-currency and virtual goods for use in virtual worlds; Providing temporary use of online non-downloadable computer software, namely, an electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile phone, PDA, and web-based environment for managing digital asset payment and exchange transactions; Providing temporary use of on-line non-downloadable software for processing electronic payments; providing temporary use of on-line non-downloadable authentication software for controlling access to and communications with computers and computer networks

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing of food and drink; making reservations for others for temporary lodging accommodations; providing a website for booking temporary lodging; providing a website featuring information on hotel and temporary accommodations; catering services; providing banquet and social function facilities; provision of conference and meeting facilities; restaurant services; bar services

| | | | |
|---|---|---|---|
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Almuhtada Smith

**Attorney Primary Email Address:** asmith@arscounsel.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** ALMUHTADA SMITH
ARS IP LAW FIRM, P.C.
515 S. FLOWER ST.
18TH FLOOR
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Phone:** 213-293-3565

**Correspondent e-mail:** asmith@arscounsel.com karissa@love.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 16, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 21, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 21, 2023 | PUBLISHED FOR OPPOSITION | |
| Mar. 01, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 13, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 13, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 13, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Feb. 13, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Feb. 13, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |
| Feb. 08, 2023 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jan. 31, 2023 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 99910 |
| Jan. 17, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 17, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 17, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 17, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 17, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |
| Jan. 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 09, 2023 | NON-FINAL ACTION E-MAILED | |
| Jan. 09, 2023 | NON-FINAL ACTION WRITTEN | 76427 |
| Jan. 04, 2023 | ASSIGNED TO EXAMINER | 76427 |
| Nov. 19, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 05, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** MOLINOFF, JEFFREY S.

**Law Office Assigned:** LAW OFFICE 122

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** May 16, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:22:52 EDT

**Mark:** LOVE BY LOVE

Love by Love

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97658530 | **Application Filing Date:** | Nov. 02, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** May 16, 2023

**Publication Date:** Mar. 21, 2023 **Notice of Allowance Date:** May 16, 2023

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LOVE BY LOVE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable calendaring software that allows users to plan, manage, and attend events, conferences, festivals, and concerts; downloadable communications software for sending and receiving alerts, reminders, calendar information and messages; downloadable computer software for the collection, editing, organizing, modifying, bookmarking, transmission, storage and sharing of data and information; downloadable computer software for organizing and viewing digital images, photographs, videos, text; downloadable computer software for viewing and listening to audio and audiovisual materials; downloadable computer software for displaying and sharing a user's location and professional profile, and locating and interacting with other users at festivals, conferences, concerts, and social events; Downloadable software for accessing and streaming multimedia entertainment content; downloadable software for streaming audiovisual and multimedia content via the internet and global communications networks; downloadable software for streaming audiovisual and multimedia content to mobile digital electronic devices; downloadable software for booking temporary lodging; downloadable computer software for the collection, editing, organizing, modifying, book marking, transmission, storage, and sharing of data and information on hotel and temporary accommodations for travel, food, beverages, and the food industry; Downloadable computer software for use in electronically trading, storing, sending, receiving, accepting and transmitting crypto-currency and virtual goods for use in virtual worlds; Downloadable computer software, namely, an electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile phone, PDA, and web-based environment for managing digital asset payment and exchange transactions; Downloadable computer software for processing electronic payments; downloadable authentication software for controlling access to and communications with computers and computer networks

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

**For:** Promotion of musical concerts and festivals for others in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental

health issues, sports, education, food, beverages, the food industry, healthcare, medicine, and medical technology; promotion of business networking events and exhibitions for business and advertising purposes for others in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental health issues, sports, education, food, beverages, the food industry, healthcare, medicine, and medical technology

**International Class(es):** 035 - Primary Class                    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Arranging, organizing, conducting, and hosting social entertainment events; Arranging and conducting of concerts; Entertainment, namely, live music concerts; Organizing, arranging, and conducting conferences, seminars, symposia, conventions ,in the fields of music, film, video, computers, technology, multimedia, entrepreneurship, business, advertising, government, fashion, art, video games, gaming, environmental issues, social issues, mental health issues, sports, education, food, beverages, the food industry, healthcare, medicine, medical technology and entertainment events; Arranging and conducting of business conferences in the fields of health and wellness, technology

**International Class(es):** 041 - Primary Class                    **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing temporary use of on-line non-downloadable calendaring software that allows users to plan, manage, and attend events, conferences, festivals, and concerts; providing temporary use of online non-downloadable computer software for the collection, editing, organizing, modifying, bookmarking, transmission, storage and sharing of data and information; Providing temporary use of on-line non-downloadable software for organizing and viewing digital images, photographs, videos, text; Providing temporary use of on-line non-downloadable software for viewing and listening to audio and audiovisual materials; providing temporary use of on-line non-downloadable software for displaying and sharing a user's location and professional profile and locating and interacting with other users at festivals, conferences, concerts, and social events; Providing temporary use of on-line non-downloadable software for accessing and streaming multimedia entertainment content; Providing temporary use of on-line non-downloadable software for streaming audiovisual and multimedia content via the internet and global communications networks; Providing temporary use of on-line non-downloadable software for streaming audiovisual and multimedia content; Providing temporary use of on-line non-downloadable software for use in electronically trading, storing, sending, receiving, accepting and transmitting crypto-currency and virtual goods for use in virtual worlds; Providing temporary use of online non-downloadable computer software, namely, an electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile phone, PDA, and web-based environment for managing digital asset payment and exchange transactions; Providing temporary use of on-line non-downloadable software for processing electronic payments; providing temporary use of on-line non-downloadable authentication software for controlling access to and communications with computers and computer networks

**International Class(es):** 042 - Primary Class                    **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing of food and drink; making reservations for others for temporary lodging accommodations; providing a website for booking temporary lodging; providing a website featuring information on hotel and temporary accommodations; catering services; providing banquet and social function facilities; provision of conference and meeting facilities; restaurant services; bar services

**International Class(es):** 043 - Primary Class                    **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION                    **State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Almuhtada Smith

**Attorney Primary** asmith@arscounsel.com          **Attorney Email** Yes
**Email Address:**                                   **Authorized:**

### Correspondent

**Correspondent** ALMUHTADA SMITH
**Name/Address:** ARS IP LAW FIRM, P.C.
515 S. FLOWER ST.
18TH FLOOR
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Phone:** 213-293-3565

**Correspondent e-** asmith@arscounsel.com karissa@love.com    **Correspondent e-** Yes
**mail:**                                                       **mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 16, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 21, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 21, 2023 | PUBLISHED FOR OPPOSITION | |
| Mar. 01, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 13, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 13, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 13, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Feb. 13, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Feb. 13, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |
| Feb. 08, 2023 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jan. 31, 2023 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 99910 |
| Jan. 17, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 17, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 17, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 17, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 17, 2023 | EXAMINERS AMENDMENT -WRITTEN | 76427 |
| Jan. 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 09, 2023 | NON-FINAL ACTION E-MAILED | |
| Jan. 09, 2023 | NON-FINAL ACTION WRITTEN | 76427 |
| Jan. 04, 2023 | ASSIGNED TO EXAMINER | 76427 |
| Nov. 19, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 05, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** MOLINOFF, JEFFREY S.          **Law Office** LAW OFFICE 122
**Assigned:**

### File Location

**Current Location:** INTENT TO USE SECTION          **Date in Location:** May 16, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:26:00 EDT

**Mark:** LOVE



**US Serial Number:** 97269075

**Application Filing Date:** Feb. 16, 2022

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** Applicant's response to a non-final Office action has been entered. The application is being returned to the examining attorney for further review. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Apr. 19, 2023

# Mark Information

**Mark Literal Elements:** LOVE

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

**Description of Mark:** The mark consists of The mark consists of the word "LOVE" in pink, orange, and purple in stylized form.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) pink, orange, and purple is/are claimed as a feature of the mark.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing a web based marketplace and community to allow community to purchase vetted health and wellness products, ie, supplements, nutraceuticals, applications, and diagnostics

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

# Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** FLORIDA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kenneth I. Kohn

**Docket Number:** 0117.00011

**Attorney Primary Email Address:** k.kohn@kohnandassociates.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Kenneth I. Kohn
KOHN AND ASSOCIATES PLLC
30500 NORTHWESTERN HIGHWAY
SUITE 410
FARMINGTON HILLS, MICHIGAN UNITED STATES 48334

**Phone:** 248-539-5050

**Fax:** 248-539-5055

**Correspondent e-mail:** k.kohn@kohnandassociates.com USPTO@docke ttrak.com mail@kohnandassociates.com k.saperst ein@kohnandassociates.com s.fox@kohnandass ociates.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr. 19, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 19, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 19, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 06, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 06, 2023 | NON-FINAL ACTION E-MAILED | |
| Mar. 06, 2023 | NON-FINAL ACTION WRITTEN | 90334 |
| Feb. 07, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 96338 |
| Feb. 07, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 96338 |
| Feb. 07, 2023 | ASSIGNED TO LIE | 96338 |
| Dec. 07, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 15, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 15, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 15, 2022 | NON-FINAL ACTION WRITTEN | 90334 |
| Nov. 03, 2022 | ASSIGNED TO EXAMINER | 90334 |
| May 26, 2022 | PETITION TO DIRECTOR - MAKE SPECIAL - DENIED | 77666 |
| Mar. 25, 2022 | PETITION INQUIRY LETTER ISSUED | |
| Mar. 22, 2022 | ASSIGNED TO PETITION STAFF | 77666 |
| Mar. 16, 2022 | TEAS PETITION TO DIRECTOR-MAKE SPECIAL-RECEIVED | 1111 |
| Mar. 14, 2022 | PETITION TO DIRECTOR - MAKE SPECIAL - DENIED | 77666 |
| Mar. 14, 2022 | ASSIGNED TO PETITION STAFF | 77666 |
| Mar. 08, 2022 | TEAS REQUEST TO MAKE SPECIAL RECEIVED | 1111 |
| Mar. 03, 2022 | PETITION TO DIRECTOR - MAKE SPECIAL - DENIED | 70989 |
| Mar. 02, 2022 | ASSIGNED TO PETITION STAFF | 70989 |
| Mar. 01, 2022 | TEAS PETITION TO DIRECTOR-MAKE SPECIAL-RECEIVED | 1111 |
| Feb. 25, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** ALESKOW, DAVID HOWARD | **Law Office Assigned:** LAW OFFICE 105 |

| File Location | |
|---|---|
| **Current Location:** TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** Mar. 06, 2023 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:26:57 EDT

**Mark:** LOVE

$$\mathrm{LOVE}$$

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97237490 | **Application Filing Date:** | Jan. 25, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Collective Membership Mark, Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Nov. 14, 2022

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LOVE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** consumer health and wellness mobile application whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 001 - Primary Class | **U.S Class(es):** | 001, 005, 006, 010, 026, 046 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

**For:** company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness mobile application to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 010 - Primary Class | **U.S Class(es):** | 026, 039, 044 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies who operate as a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies that use hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |

**Class(es):**

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** company whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 039 - Primary Class | U.S Class(es): | 100, 105 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 040 - Primary Class | U.S Class(es): | 100, 103, 106 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a company whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness mobile application for a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| International Class(es): | 043 - Primary Class | U.S Class(es): | 100, 101 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a health and wellness membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 044 - Primary Class     **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 045 - Primary Class     **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application for a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):**     **U.S Class(es):** 200 - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** FLORIDA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kenneth I. Kohn     **Docket Number:** 0117.00007

**Attorney Primary Email Address:** k.kohn@kohnandassociates.com     **Attorney Email Authorized:** Yes

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Kenneth I. Kohn<br>KOHN AND ASSOCIATES PLLC<br>30500 NORTHWESTERN HIGHWAY<br>SUITE 410<br>FARMINGTON HILLS, MICHIGAN UNITED STATES 48334 |

| | | | |
|---|---|---|---|
| **Phone:** | 248-539-5050 | **Fax:** | 2485395055 |
| **Correspondent e-mail:** | k.kohn@kohnandassociates.com USPTO@docke ttrak.com mail@kohnandassociates.com k.saperst ein@kohnandassociates.com s.fox@kohnandass ociates.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 25, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 14, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 14, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 14, 2022 | NON-FINAL ACTION WRITTEN | 90334 |
| Nov. 03, 2022 | ASSIGNED TO EXAMINER | 90334 |
| Feb. 18, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | ALESKOW, DAVID HOWARD | **Law Office Assigned:** | LAW OFFICE 105 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Nov. 14, 2022 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:28:17 EDT

**Mark:** LOVE.COM

# LOVE.com

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97237510 | **Application Filing Date:** | Jan. 25, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Collective Membership Mark, Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Nov. 14, 2022

---

# Mark Information

**Mark Literal Elements:** LOVE.COM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** consumer health and wellness mobile application whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 001 - Primary Class   **U.S Class(es):** 001, 005, 006, 010, 026, 046

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness mobile application to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 005, 006, 018, 044, 046, 051, 052 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 019 - Primary Class | **U.S Class(es):** | 001, 012, 033, 050 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application for a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies who operate as a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 037 - Primary Class | **U.S Class(es):** | 100, 103, 106 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** company whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 038 - Primary Class   **U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 039 - Primary Class   **U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies that use hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 040 - Primary Class   **U.S Class(es):** 100, 103, 106

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 041 - Primary Class   **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a company whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 042 - Primary Class   **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a health and wellness membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 044 - Primary Class        **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness mobile application for a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 045 - Primary Class        **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):**        **U.S Class(es):** 200 - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | |
| **Filed ITU:** Yes | **Currently ITU:** Yes | |
| **Filed 44D:** No | **Currently 44E:** No | |
| **Filed 44E:** No | **Currently 66A:** No | |
| **Filed 66A:** No | **Currently No Basis:** No | |
| **Filed No Basis:** No | | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION        **State or Country Where Organized:** FLORIDA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Kenneth I. Kohn        **Docket Number:** 0117.00008

**Attorney Primary Email Address:** k.kohn@kohnandassociates.com        **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent** Kenneth I. Kohn

**Name/Address:** KOHN AND ASSOCIATES PLLC
30500 NORTHWESTERN HIGHWAY
SUITE 410
FARMINGTON HILLS, MICHIGAN UNITED STATES 48334

**Phone:** 248-539-5050                                    **Fax:** 2485395055

**Correspondent e-mail:** k.kohn@kohnandassociates.com USPTO@docke ttrak.com mail@kohnandassociates.com k.saperst ein@kohnandassociates.com s.fox@kohnandass ociates.com          **Correspondent e-mail Authorized:** Yes

| Domestic Representative - Not Found |
|:---:|

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr. 25, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 14, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 14, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 14, 2022 | NON-FINAL ACTION WRITTEN | 90334 |
| Nov. 03, 2022 | ASSIGNED TO EXAMINER | 90334 |
| Feb. 01, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

# TM Staff and Location Information

| TM Staff Information |
|:---:|

**TM Attorney:** ALESKOW, DAVID HOWARD          **Law Office Assigned:** LAW OFFICE 105

| File Location |
|:---:|

**Current Location:** TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED          **Date in Location:** Nov. 14, 2022

**Generated on:** This page was generated by TSDR on 2023-06-02 19:29:15 EDT

**Mark:** LOVE HEALTH

## LOVE HEALTH

| | | | |
|---|---|---|---|
| **US Serial Number:** 97237521 | | **Application Filing Date:** | Jan. 25, 2022 |

**Register:** Principal

**Mark Type:** Trademark, Collective Membership Mark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Nov. 14, 2022

---

## Mark Information

**Mark Literal Elements:** LOVE HEALTH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** consumer health and wellness mobile application whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** 001 - Primary Class | | **U.S Class(es):** | 001, 005, 006, 010, 026, 046 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness mobile application to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 005, 006, 018, 044, 046, 051, 052 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 019 - Primary Class | **U.S Class(es):** | 001, 012, 033, 050 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application for a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies who operate as a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | | | |
|---|---|---|---|
| **International Class(es):** | 037 - Primary Class | **U.S Class(es):** | 100, 103, 106 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** company whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | |
|---|---|
| **International Class(es):** 038 - Primary Class | **U.S Class(es):** 100, 101, 104 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | |
|---|---|
| **International Class(es):** 039 - Primary Class | **U.S Class(es):** 100, 105 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** umbrella organization for a network of subsidiary companies that use hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | |
|---|---|
| **International Class(es):** 040 - Primary Class | **U.S Class(es):** 100, 103, 106 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness desktop application to describe a company whose goods and services include the use of hardware devices to collect and analyze (via camera, motion sensor, bluetooth, and computer vision) bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | |
|---|---|
| **International Class(es):** 041 - Primary Class | **U.S Class(es):** 100, 101, 107 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a company whose goods and services include the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including the collection, transportation, sequencing, analysis, and freezer storage of bio-waste and biomatter samples, including, but not limited to: stool, urine, blood, stem cells, semen, and ova, for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

| | |
|---|---|
| **International Class(es):** 042 - Primary Class | **U.S Class(es):** 100, 101 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** website to describe a health and wellness membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 044 - Primary Class            **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** consumer health and wellness mobile application for a membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):** 045 - Primary Class            **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** membership network that exists for the purposes of providing health recommendations, providing health diagnostic services, providing health care, providing health planning tools, providing dietary recommendations, generating personalized health supplements and recommendations, evaluating third-party health supplements and programs, selling health and wellness supplements and programs, hosting a marketplace for health and wellness supplements and programs, providing exercise recommendations, providing testing material for biotechnology firms, providing virtual and in-person health assessments, running in-person and virtual medical surveys, providing treatment programs for addiction and recovery, and running virtual and in-person medical studies

**International Class(es):**            **U.S Class(es):** 200 - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION            **State or Country Where Organized:** FLORIDA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Kenneth I. Kohn            **Docket Number:** 0117.00009

**Attorney Primary Email Address:** k.kohn@kohnandassociates.com            **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent** Kenneth I. Kohn

**Name/Address:** KOHN AND ASSOCIATES PLLC
30500 NORTHWESTERN HIGHWAY
SUITE 410
FARMINGTON HILLS, MICHIGAN UNITED STATES 48334

**Phone:** 248-539-5050      **Fax:** 2485395055

**Correspondent e-mail:** k.kohn@kohnandassociates.com USPTO@docke ttrak.com mail@kohnandassociates.com k.saperst ein@kohnandassociates.com s.fox@kohnandass ociates.com      **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr. 25, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 14, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 14, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 14, 2022 | NON-FINAL ACTION WRITTEN | 90334 |
| Nov. 03, 2022 | ASSIGNED TO EXAMINER | 90334 |
| Feb. 01, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** ALESKOW, DAVID HOWARD      **Law Office Assigned:** LAW OFFICE 105

**File Location**

**Current Location:** TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED      **Date in Location:** Nov. 14, 2022

**Generated on:** This page was generated by TSDR on 2023-06-02 19:33:09 EDT

**Mark:** LOVE.COM

love.com

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97913619 | **Application Filing Date:** | Apr. 28, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 02, 2023

---

# Mark Information

**Mark Literal Elements:** LOVE.COM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Printed children's books; Printed fiction books on a variety of topics; Printed non-fiction books on a variety of topics

**International Class(es):** 016 - Primary Class   **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Advertising and marketing services, namely, promoting the goods and services of others; Electronic commerce services, namely, providing information about products via telecommunication networks for advertising and sales purposes; Marketing, advertising, and promoting the retail goods and services of others through wireless electronic devices; Mobile retail store services featuring a wide variety of consumer goods of others; On-line retail store services featuring a wide variety of consumer goods of others; Promoting the goods and services of others by by means of operating an online platform with hyperlinks to the resources of others; Providing a searchable website featuring the goods and services of other vendors

**International Class(es):** 035 - Primary Class   **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Ticket reservation and booking for cultural events; Ticket reservation and booking for educational events; Ticket reservation and booking for entertainment events; Ticket reservation and booking services for recreational and leisure events, namely, festivals and other entertainment events

**International Class(es):** 041 - Primary Class   **U.S Class(es):** 100, 101, 107

|  |  |
|---|---|
| **Class(es):** | |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

**For:** Developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server; Providing a website featuring on-line non-downloadable software that enables users to send electronic communications and to create, upload, bookmark, view, annotate, share and discover data, information and media content; Providing temporary use of on-line non-downloadable software and applications for technology that enables internet users to create, upload, bookmark, view, annotate, share and discover data, information and multimedia content; Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking services in the field of health and wellness; Providing on-line non-downloadable software for uploading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, photos, pictures, images, text, information, and other user-generated content

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Love Health, Inc. | | |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

| **Attorney of Record** | |
|---|---|
| **Attorney Name:** | Almuhtada Smith |
| **Attorney Primary Email Address:** | asmith@arscounsel.com | **Attorney Email Authorized:** | Yes |

| **Correspondent** | |
|---|---|
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>515 S. FLOWER ST., 18TH FL<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 |
| **Phone:** | 213-293-3565 |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com | **Correspondent e-mail Authorized:** | Yes |

| **Domestic Representative - Not Found** |
|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

| **TM Staff Information - None** |
|---|

**File Location**

**Current Location:** NEW APPLICATION PROCESSING          **Date in Location:** May 02, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:34:37 EDT

**Mark:** LOVE HEALTH

love health

| | | | |
|---|---|---|---|
| **US Serial Number:** 97913632 | | **Application Filing Date:** Apr. 28, 2023 | |
| **Filed as TEAS Plus:** Yes | | **Currently TEAS Plus:** Yes | |
| **Register:** Principal | | | |
| **Mark Type:** Trademark, Service Mark | | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 02, 2023

## Mark Information

**Mark Literal Elements:** LOVE HEALTH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "LOVE"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Printed children's books; Printed fiction books on a variety of topics; Printed non-fiction books on a variety of topics

**International Class(es):** 016 - Primary Class     **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Advertising and marketing services, namely, promoting the goods and services of others; Electronic commerce services, namely, providing information about products via telecommunication networks for advertising and sales purposes; Marketing, advertising, and promoting the retail goods and services of others through wireless electronic devices; Mobile retail store services featuring a wide variety of consumer goods of others; On-line retail store services featuring a wide variety of consumer goods of others; Promoting the goods and services of others by by means of operating an online platform with hyperlinks to the resources of others; Providing a searchable website featuring the goods and services of other vendors

**International Class(es):** 035 - Primary Class     **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Ticket reservation and booking for cultural events; Ticket reservation and booking for educational events; Ticket reservation and booking for entertainment events; Ticket reservation and booking services for recreational and leisure events, namely, festivals and other entertainment events

| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server; Providing a website featuring on-line non-downloadable software that enables users to send electronic communications and to create, upload, bookmark, view, annotate, share and discover data, information and media content; Providing temporary use of on-line non-downloadable software and applications for technology that enables internet users to create, upload, bookmark, view, annotate, share and discover data, information and multimedia content; Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking services in the field of health and wellness; Providing on-line non-downloadable software for uploading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, photos, pictures, images, text, information, and other user-generated content

| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Almuhtada Smith |
| **Attorney Primary Email Address:** | asmith@arscounsel.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>515 S. FLOWER ST., 18TH FL<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 |
| **Phone:** | 213-293-3565 |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com |

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 02, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING          **Date in Location:** May 02, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:35:37 EDT

**Mark:** LOVE



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97913696 | **Application Filing Date:** | Apr. 29, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 03, 2023

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LOVE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the word LOVE in sunrise orange and a stylized font with Love.com's symbol of radiating love as the letter O in sunset red encircled by a sunrise orange rim. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) sunrise orange and sunset red is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 26.01.17 - Two concentric circles; Concentric circles, two; Circles, two concentric<br>26.01.21 - Circles that are totally or partially shaded.<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Printed children's books; Printed fiction books on a variety of topics; Printed non-fiction books on a variety of topics | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | | | |
|---|---|---|---|
| **For:** | Advertising and marketing services, namely, promoting the goods and services of others; Electronic commerce services, namely, providing information about products via telecommunication networks for advertising and sales purposes; Marketing, advertising, and promoting the retail goods and services of others through wireless electronic devices; Mobile retail store services featuring a wide variety of consumer goods of others; On-line retail store services featuring a wide variety of consumer goods of others; Promoting the goods and services of others by by means of operating an online platform with hyperlinks to the resources of others; Providing a searchable website featuring the goods and services of other vendors | | |
| **International** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

| | |
|---|---|
| **Class(es):** | |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | |
|---|---|
| **For:** | Ticket reservation and booking for cultural events; Ticket reservation and booking for educational events; Ticket reservation and booking for entertainment events; Ticket reservation and booking services for recreational and leisure events, namely, festivals and other entertainment events |

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server; Providing a website featuring on-line non-downloadable software that enables users to send electronic communications and to create, upload, bookmark, view, annotate, share and discover data, information and media content; Providing temporary use of on-line non-downloadable software and applications for technology that enables internet users to create, upload, bookmark, view, annotate, share and discover data, information and multimedia content; Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking services in the field of health and wellness; Providing on-line non-downloadable software for uploading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, photos, pictures, images, text, information, and other user-generated content |

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Love Health, Inc. | | |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

| | |
|---|---|
| **Attorney of Record** | |

| | | | |
|---|---|---|---|
| **Attorney Name:** | Almuhtada Smith | | |
| **Attorney Primary Email Address:** | asmith@arscounsel.com | **Attorney Email Authorized:** | Yes |

| | |
|---|---|
| **Correspondent** | |

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>515 S. FLOWER ST., 18TH FL<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 | | |
| **Phone:** | 213-293-3565 | | |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com | **Correspondent e-mail Authorized:** | Yes |

| | |
|---|---|
| **Domestic Representative - Not Found** | |

## Prosecution History

| | | |
|---|---|---|
| | | **Proceeding** |

| Date | Description | Number |
|------|-------------|--------|
| May 30, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING          **Date in Location:** May 03, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:36:20 EDT

**Mark:** LOVE.COM



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97913700 | **Application Filing Date:** | Apr. 29, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 28, 2023

# Mark Information

**Mark Literal Elements:** LOVE.COM

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the words LOVE.com in sunrise orange and a stylized font with Love.com's symbol of radiating love as the letter O encircled by a sunrise orange rim and a sunset red dot before the letters com.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) sunrise orange and sunset red is/are claimed as a feature of the mark.

**Design Search Code(s):** 26.01.02 - Plain single line circles; Circles, plain single line
26.01.13 - Two circles; Circles, two (not concentric)
26.01.21 - Circles that are totally or partially shaded.
27.03.01 - Geometric figures forming letters, numerals or punctuation

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Printed children's books; Printed fiction books on a variety of topics; Printed non-fiction books on a variety of topics

**International Class(es):** 016 - Primary Class        **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Advertising and marketing services, namely, promoting the goods and services of others; Electronic commerce services, namely, providing information about products via telecommunication networks for advertising and sales purposes; Marketing, advertising, and promoting the retail goods and services of others through wireless electronic devices; Mobile retail store services featuring a wide variety of consumer goods of others; On-line retail store services featuring a wide variety of consumer goods of others; Promoting the goods and services of others by means of operating an online platform with hyperlinks to the resources of others; Providing a searchable website featuring the goods and services of other vendors

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

**For:** Ticket reservation and booking for cultural events; Ticket reservation and booking for educational events; Ticket reservation and booking for entertainment events; Ticket reservation and booking services for recreational and leisure events, namely, festivals and other entertainment events

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

**For:** Developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server; Providing a website featuring on-line non-downloadable software that enables users to send electronic communications and to create, upload, bookmark, view, annotate, share and discover data, information and media content; Providing temporary use of on-line non-downloadable software and applications for technology that enables internet users to create, upload, bookmark, view, annotate, share and discover data, information and multimedia content; Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking services in the field of health and wellness; Providing on-line non-downloadable software for uploading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, photos, pictures, images, text, information, and other user-generated content

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

| | |
|---|---|
| **Attorney of Record** | |
| **Attorney Name:** | Almuhtada Smith |
| **Attorney Primary Email Address:** | asmith@arscounsel.com |
| **Attorney Email Authorized:** | Yes |
| **Correspondent** | |
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>515 S. FLOWER ST., 18TH FL<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 |
| **Phone:** | 213-293-3565 |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com |
| **Correspondent e-mail Authorized:** | Yes |
| **Domestic Representative - Not Found** | |

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 30, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING          **Date in Location:** May 28, 2023

Generated on: This page was generated by TSDR on 2023-06-02 19:37:07 EDT

Mark: A PRODUCT OF LOVE



| | | | |
|---|---|---|---|
| US Serial Number: | 97913980 | Application Filing Date: | Apr. 29, 2023 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination |

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

Status: New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

Status Date: May 28, 2023

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | A PRODUCT OF LOVE |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of Love.com's tagline consisting of a star and the words A Product of Love in sunrise orange and a stylized font. symbol of radiating love as a sunset red circle outlined by a sunrise orange rim. The word love includes Love.com's symbol of radiating love as the letter O in sunset red encircled by a sunrise orange rim. |
| Color Drawing: | Yes |
| Color(s) Claimed: | The color(s) sunrise orange and sunset red is/are claimed as a feature of the mark. |
| Design Search Code(s): | 01.01.03 - Star - a single star with five points |
| | 26.01.17 - Two concentric circles; Concentric circles, two; Circles, two concentric |
| | 26.01.21 - Circles that are totally or partially shaded. |
| | 27.03.01 - Geometric figures forming letters, numerals or punctuation |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Clothing, namely, T-shirts; Athletic apparel, namely, shirts, pants, outer jackets, footwear, hats and caps being headwear; Clothing, namely, woven shirts, outer jackets, hooded sweatshirts, sweatshirts, coats, sweaters, hats and caps being headwear |
| International Class(es): | 025 - Primary Class |
| U.S Class(es): | 022, 039 |
| Class Status: | ACTIVE |
| Basis: | 1(b) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |

| | | | |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Almuhtada Smith

**Attorney Primary Email Address:** asmith@arscounsel.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ALMUHTADA SMITH
ARS COUNSEL, P.C.
515 S. FLOWER ST., 18TH FL
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Phone:** 213-293-3565

**Correspondent e-mail:** asmith@arscounsel.com karissa@love.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 30, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** May 28, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:37:34 EDT

**Mark:** LOVE



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97913983 | **Application Filing Date:** | Apr. 29, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 28, 2023

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LOVE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of The mark consists of the word LOVE in sunrise orange and a stylized font with Love.com's symbol of radiating love as the letter O in sunset red encircled by a sunrise orange rim. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) sunrise orange and sunset red is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 26.01.17 - Two concentric circles; Concentric circles, two; Circles, two concentric<br>26.01.21 - Circles that are totally or partially shaded.<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Clothing, namely, T-shirts; Athletic apparel, namely, shirts, pants, outer jackets, footwear, hats and caps being headwear; Clothing, namely, woven shirts, outer jackets, hooded sweatshirts, sweatshirts, coats, sweaters, hats and caps being headwear |
| **International Class(es):** | 025 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

**U.S Class(es):** 022, 039

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Almuhtada Smith

**Attorney Primary Email Address:** asmith@arscounsel.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ALMUHTADA SMITH
ARS COUNSEL, P.C.
515 S. FLOWER ST., 18TH FL
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Phone:** 213-293-3565

**Correspondent e-mail:** asmith@arscounsel.com karissa@love.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 30, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** May 28, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:37:52 EDT

**Mark:** LOVE.COM



| | | | |
|---|---|---|---|
| **US Serial Number:** 97913986 | | **Application Filing Date:** | Apr. 29, 2023 |
| **Filed as TEAS Plus:** Yes | | **Currently TEAS Plus:** | Yes |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 28, 2023

## Mark Information

**Mark Literal Elements:** LOVE.COM

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of The mark consists of the words LOVE.com in sunrise orange and a stylized font with Love.com's symbol of radiating love as the letter O encircled by a sunrise orange rim and a sunset red dot before the letters com.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) sunrise orange and sunset red is/are claimed as a feature of the mark.

**Design Search Code(s):** 26.01.02 - Plain single line circles; Circles, plain single line
26.01.13 - Two circles; Circles, two (not concentric)
26.01.21 - Circles that are totally or partially shaded.
27.03.01 - Geometric figures forming letters, numerals or punctuation

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Clothing, namely, T-shirts; Athletic apparel, namely, shirts, pants, outer jackets, footwear, hats and caps being headwear; Clothing, namely, woven shirts, outer jackets, hooded sweatshirts, sweatshirts, coats, sweaters, hats and caps being headwear

**International Class(es):** 025 - Primary Class          **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** | No |
| **Filed ITU:** Yes | | **Currently ITU:** | Yes |

| | | | |
|---|---|---|---|
| **Filed 44D:** No | | **Currently 44E:** No |
| **Filed 44E:** No | | **Currently 66A:** No |
| **Filed 66A:** No | | **Currently No Basis:** No |
| **Filed No Basis:** No | | | |

# Current Owner(s) Information

**Owner Name:** Love Health, Inc.

**Owner Address:** 10th Floor
1111 Brickell Avenue
Miami, FLORIDA UNITED STATES 33131

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Almuhtada Smith

**Attorney Primary Email Address:** asmith@arscounsel.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ALMUHTADA SMITH
ARS COUNSEL, P.C.
515 S. FLOWER ST., 18TH FL
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Phone:** 213-293-3565

**Correspondent e-mail:** asmith@arscounsel.com karissa@love.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 30, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** May 28, 2023

**Generated on:** This page was generated by TSDR on 2023-06-02 19:38:22 EDT

**Mark:** LOVE



**US Serial Number:** 97914011

**Application Filing Date:** Apr. 29, 2023

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 03, 2023

## Mark Information

**Mark Literal Elements:** LOVE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the word LOVE in sunrise orange and a stylized font with Love.com's symbol of radiating love as the letter O in sunset red encircled by a sunrise orange rim.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) sunrise orange and sunset red is/are claimed as a feature of the mark.

**Design Search Code(s):** 26.01.17 - Two concentric circles; Concentric circles, two; Circles, two concentric
26.01.21 - Circles that are totally or partially shaded.
27.03.01 - Geometric figures forming letters, numerals or punctuation

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** downloadable computer software and mobile device software for creating, managing, organizing, displaying, tagging, bookmarking, storing, sharing or otherwise providing electronic media or information over the internet or other communications network; downloadable computer software and mobile device software for searching, locating and transferring information across global computer communications networks; downloadable computer search engine software; downloadable computer software and mobile device software that feeds content and recommendations regarding content, information and individuals based on proprietary algorithms and the user's preferences and behavior; downloadable computer software and mobile device software to allow users to perform electronic business transactions via a global computer network; downloadable computer software and mobile device software featuring the provision of online retail store services featuring a wide variety of consumers goods of others; downloadable computer software and mobile device software for providing a marketplace featuring a wide variety of consumer goods; downloadable computer software and mobile device software for providing and accessing commercial information in the field of health and wellness; downloadable computer software and mobile device search engine software for locating information, resources, and the websites of others on a global computer network; downloadable computer software and mobile application software for the bringing together of consumers and providers of a variety of consumer goods and services; downloadable computer software and mobile application software for uploading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, photos, pictures, images, text, information, and other user-generated content; software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, online blog journals, text, weblinks, and images via the internet and other communications networks; computer software used to enhance the capabilities and features of other software and non downloadable online software; software for accessing information on a global computer network; downloadable

software via the internet and wireless devices for accessing, sending, and receiving information on a global computer network; downloadable software for computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication and data transmission in the field of social networking; downloadable software in the nature of a mobile application for use with computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication; downloadable software in the nature of a mobile application for social networking; downloadable software in the nature of a mobile application for real-time delivery of data, messages, location, photographs, links, text and other data related thereto; downloadable software to facilitate online advertising, business promotion, connecting social network users with businesses and for providing strategy, insight, marketing, and predicting consumer behavior

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Almuhtada Smith | | |
| **Attorney Primary Email Address:** | asmith@arscounsel.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>515 S. FLOWER ST., 18TH FL<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 |
| **Phone:** | 213-293-3565 |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 30, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | May 03, 2023 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:38:39 EDT

**Mark:** LOVE.COM



**US Serial Number:** 97914017

**Application Filing Date:** Apr. 29, 2023

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 03, 2023

# Mark Information

**Mark Literal Elements:** LOVE.COM

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the words LOVE.com in sunrise orange and a stylized font with Love.com's symbol of radiating love as the letter O encircled by a sunrise orange rim and a sunset red dot before the letters com.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) sunrise orange and sunset red is/are claimed as a feature of the mark.

**Design Search Code(s):** 26.01.02 - Plain single line circles; Circles, plain single line
26.01.13 - Two circles; Circles, two (not concentric)
26.01.21 - Circles that are totally or partially shaded.
27.03.01 - Geometric figures forming letters, numerals or punctuation

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** downloadable computer software and mobile device software for creating, managing, organizing, displaying, tagging, bookmarking, storing, sharing or otherwise providing electronic media or information over the internet or other communications network; downloadable computer software and mobile device software for searching, locating and transferring information across global computer communications networks; downloadable computer search engine software; downloadable computer software and mobile device software that feeds content and recommendations regarding content, information and individuals based on proprietary algorithms and the user's preferences and behavior; downloadable computer software and mobile device software to allow users to perform electronic business transactions via a global computer network; downloadable computer software and mobile device software featuring the provision of online retail store services featuring a wide variety of consumers goods of others; downloadable computer software and mobile device software for providing a marketplace featuring a wide variety of consumer goods; downloadable computer software and mobile device software for providing and accessing commercial information in the field of health and wellness; downloadable computer software and mobile device search engine software for locating information, resources, and the websites of others on a global computer network; downloadable computer software and mobile application software for the bringing together of consumers and providers of a variety of consumer goods and services; downloadable computer software and mobile application software for uploading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, photos, pictures, images, text, information, and other user-generated content; software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, online blog journals, text, weblinks, and images via the internet and other communications networks; computer software used to enhance the capabilities and features of other

software and non downloadable online software; software for accessing information on a global computer network; downloadable software via the internet and wireless devices for accessing, sending, and receiving information on a global computer network; downloadable software for computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication and data transmission in the field of social networking; downloadable software in the nature of a mobile application for use with computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication; downloadable software in the nature of a mobile application for social networking; downloadable software in the nature of a mobile application for real-time delivery of data, messages, location, photographs, links, text and other data related thereto; downloadable software to facilitate online advertising, business promotion, connecting social network users with businesses and for providing strategy, insight, marketing, and predicting consumer behavior

| | |
|---|---|
| **International Class(es):** | 009 - Primary Class |
| **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Almuhtada Smith |
| **Attorney Primary Email Address:** | asmith@arscounsel.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>515 S. FLOWER ST., 18TH FL<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 |
| **Phone:** | 213-293-3565 |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 30, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | May 03, 2023 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:38:56 EDT

**Mark:** LOVE.COM

love.com

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97914023 | **Application Filing Date:** | Apr. 29, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** May 03, 2023

## Mark Information

**Mark Literal Elements:** LOVE.COM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** downloadable computer software and mobile device software for creating, managing, organizing, displaying, tagging, bookmarking, storing, sharing or otherwise providing electronic media or information over the internet or other communications network; downloadable computer software and mobile device software for searching, locating and transferring information across global computer communications networks; downloadable computer search engine software; downloadable computer software and mobile device software that feeds content and recommendations regarding content, information and individuals based on proprietary algorithms and the user's preferences and behavior; downloadable computer software and mobile device software to allow users to perform electronic business transactions via a global computer network; downloadable computer software and mobile device software featuring the provision of online retail store services featuring a wide variety of consumers goods of others; downloadable computer software and mobile device software for providing a marketplace featuring a wide variety of consumer goods; downloadable computer software and mobile device software for providing and accessing commercial information in the field of health and wellness; downloadable computer software and mobile device search engine software for locating information, resources, and the websites of others on a global computer network; downloadable computer software and mobile application software for the bringing together of consumers and providers of a variety of consumer goods and services; downloadable computer software and mobile application software for uploading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, photos, pictures, images, text, information, and other user-generated content; software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, online blog journals, text, weblinks, and images via the internet and other communications networks; computer software used to enhance the capabilities and features of other software and non downloadable online software; software for accessing information on a global computer network; downloadable software via the internet and wireless devices for accessing, sending, and receiving information on a global computer network; downloadable software for computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication and data transmission in the field of social networking; downloadable software in the nature of a mobile application for use with computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication; downloadable software in the nature of a mobile application for social networking; downloadable software in the nature of a mobile application for real-time delivery of data, messages, location, photographs, links, text and other data related thereto; downloadable software to facilitate online advertising, business promotion, connecting social network users with businesses and for providing strategy, insight, marketing, and predicting consumer behavior

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Almuhtada Smith | | |
| **Attorney Primary Email Address:** | asmith@arscounsel.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>515 S. FLOWER ST., 18TH FL<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 | | |
| **Phone:** | 213-293-3565 | | |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | May 03, 2023 |

**Generated on:** This page was generated by TSDR on 2023-06-02 19:39:11 EDT

**Mark:** LOVE HEALTH

love health

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97914024 | **Application Filing Date:** | Apr. 29, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | May 03, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LOVE HEALTH |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "LOVE" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** downloadable computer software and mobile device software for creating, managing, organizing, displaying, tagging, bookmarking, storing, sharing or otherwise providing electronic media or information over the internet or other communications network; downloadable computer software and mobile device software for searching, locating and transferring information across global computer communications networks; downloadable computer search engine software; downloadable computer software and mobile device software that feeds content and recommendations regarding content, information and individuals based on proprietary algorithms and the user's preferences and behavior; downloadable computer software and mobile device software to allow users to perform electronic business transactions via a global computer network; downloadable computer software and mobile device software featuring the provision of online retail store services featuring a wide variety of consumers goods of others; downloadable computer software and mobile device software for providing a marketplace featuring a wide variety of consumer goods; downloadable computer software and mobile device software for providing and accessing commercial information in the field of health and wellness; downloadable computer software and mobile device search engine software for locating information, resources, and the websites of others on a global computer network; downloadable computer software and mobile application software for the bringing together of consumers and providers of a variety of consumer goods and services; downloadable computer software and mobile application software for uploading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, photos, pictures, images, text, information, and other user-generated content; software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, online blog journals, text, weblinks, and images via the internet and other communications networks; computer software used to enhance the capabilities and features of other software and non downloadable online software; software for accessing information on a global computer network; downloadable software via the internet and wireless devices for accessing, sending, and receiving information on a global computer network; downloadable software for computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication and data transmission in the field of social networking; downloadable software in the nature of a mobile application for use with computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication; downloadable software in the nature of a mobile application for social networking; downloadable software in the nature of a mobile application for real-time delivery of data, messages, location, photographs, links, text and other data related thereto; downloadable software to facilitate online advertising, business promotion, connecting social network users with businesses and for providing strategy, insight, marketing, and predicting

consumer behavior

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Love Health, Inc. |
| **Owner Address:** | 10th Floor<br>1111 Brickell Avenue<br>Miami, FLORIDA UNITED STATES 33131 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Almuhtada Smith | | |
| **Attorney Primary Email Address:** | asmith@arscounsel.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | ALMUHTADA SMITH<br>515 S. FLOWER ST., 18TH FL<br>LOS ANGELES, CALIFORNIA UNITED STATES 90071 | | |
| **Phone:** | 213-293-3565 | | |
| **Correspondent e-mail:** | asmith@arscounsel.com karissa@love.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 03, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | May 03, 2023 |