# EXHIBIT H

**BRAND BOOK**

Love Health
https://www.love.com/shop/



Love Wellness
https://lovewellness.com/collections/shopall



## PROBIOTICS

Love Health
https://www.love.com/shop/



Love Wellness
https://lovewellness.com/collections/shopall



**SLEEP**

Love Health
https://www.love.com/shop/



Love Wellness
https://lovewellness.com/collections/shopall



**VITAMINS**

Love Health
https://www.love.com/shop/



Love Wellness
https://lovewellness.com/collections/shopall



**BODY AND SKINCARE**

Love Health
https://www.love.com/shop/



Love Wellness
https://lovewellness.com/collections/shopall



**HORMONAL AND WOMEN'S PRODUCTS**

Love Health
https://www.love.com/shop/



Love Wellness
https://lovewellness.com/collections/shopall

