UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OGILVIE BRANDS, INC. d/b/a LOVE WELLNESS,

              Plaintiff,

-v.-

LOVE HEALTH, INC.,

              Defendant.

23 Civ. 04932 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On **July 10, 2023 at 2:00 p.m.**, the Court will hold a scheduling conference in connection with Plaintiff's motion for a preliminary injunction filed on July 6, 2023. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 587 425 181 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

By **2:00 p.m. today**, Plaintiff shall electronically serve a copy of this Order on counsel for Defendant, and shall file proof of such service by **10:00 a.m. on July 10, 2023.**

    SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge