

One Barker Avenue
White Plains, New York 10601
T   914.821.3075
reuber@leasonellis.com

**Cameron S. Reuber**
PARTNER

July 6, 2023

<u>VIA ECF</u>
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York
(212) 805-0230

Re: *Ogilvie Brands, Inc. DBA Love Wellness v. Love Health, Inc.*, Civ. No. 1:23-04932 (JHR)(VF)

Dear Judge Rearden:

We submit this letter on behalf of Plaintiff Ogilvie Brands, Inc. DBA Love Wellness ("Love Wellness") to present the Court with an agreed-upon briefing schedule regarding Plaintiff's Motion for Preliminary Injunction (Dkt. 11), and to request permission to file Plaintiff's Motion for Preliminary Injunction in redacted form in accordance with Standing Order 19-MC-583, Section 6 of the S.D.N.Y Electronic Case Filing Rules and Instructions, and Your Honor's Individual Rules and Practices.

Contemporaneous with the filing of this letter, Plaintiff filed its Motion for Preliminary Injunction (Dkt. 11). The parties have agreed to a briefing schedule in connection with Plaintiff's Motion. The parties agreed that Defendant's response to Plaintiff's Motion must be filed fourteen (14) days after the filing date of Plaintiff's Motion (**July 20, 2023**), and Plaintiff's reply deadline will be seven (7) days after the filing of Defendant's response (**July 27, 2023**). Plaintiff brings to the Court's attention that a modification of the reply date may be necessary due to a pre-scheduled surgery for lead counsel Airina Rodrigues and opposing counsel has agreed to reasonable modification. Plaintiff will alert the Court and opposing counsel of a request for a brief extension by **Monday, July 24, 2023**.

Pursuant to Standing Order 19-MC-583, Section 6 of the S.D.N.Y Electronic Case Filing Rules and Instructions, and Your Honor's Individual Rules and Practices, Plaintiff seeks to file a redacted version of Plaintiff's Motion for Preliminary Injunction and accompanying Declaration of Lauren Bosworth. Plaintiff seeks to redact two small portions of text that relate to Plaintiff's sensitive business information. Under Your Honor's Individual Rules and Practices,

> [t]o be approved, any redaction or sealing of public court filings require Court approval. To be approved, any redaction or sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must otherwise be consistent with the presumption in favor of public access to judicial documents. *See, e.g.*, *Lugosch v. Pyramid Co. of Onodaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).

# LEASON ELLIS

July 6, 2023
Page 2

Plaintiff asserts that the two redactions are narrowly tailored to protect Plaintiff's sensitive business information regarding Plaintiff's revenue and marketing expenditures. Plaintiff seeks permission to file a redacted version of Plaintiff's Motion until the parties can negotiate, and the Court enters, a stipulated protective order. The parties have met and conferred to discuss the scope of the redacted material. Defendant consents to this request.

Very truly yours,

Cameron S. Reuber

c:  Counsel for Defendant (Ethan Jacobs ejacobslaw.com)

The parties' proposed briefing schedule is adopted. *See* July 10, 2023 Minute Entry.

Plaintiff is granted leave to make the requested redactions, subject to entry of a stipulated protective order. *See* Letter-Motion at 2. By **July 19, 2023**, the parties shall submit a proposed protective order, in compliance with Rule 10 of the Court's Individual Rules and Practices in Civil Cases.

The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: July 12, 2023