IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ogilvie Brands, Inc. DBA Love Wellness,<br><br>    *Plaintiff*,<br><br>v.<br><br>Love Health, Inc.,<br><br>    *Defendant*. | Case No.  1:23-cv-04932 (JHR)(VF)<br><br>**[PROPOSED] ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

WHEREAS, Mitchell Langberg ("Applicant") has moved for admission to practice *pro hac vice* in the above-captioned action;

WHEREAS, Applicant seeks to appear for all purposes herein as counsel for Ogilvie Brands, Inc. DBA Love Wellness;

WHEREAS, Applicant has declared that he is a member in good standing of the bars of the State of California and the State of Nevada, and he provided the following contact information:

Mitchell Langberg
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
T. 303.223.1100
F. 303.223.1111
mlangberg@bhfs.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

{11030/620045-000/03386931.2}

Dated: _____, 2023

                                                                                 _____
JENNIFER H. REARDEN
United States District Judge

{11030/620045-000/03386931.2}