UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ogilvie Brands, Inc. d/b/a Love Wellness,<br><br>    Plaintiff,<br><br>v.<br><br>Love Health, Inc.<br><br>    Defendant. | Case No. 1:23-cv-4932-JHR<br><br>Judge Jennifer H. Rearden<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James M. Slater moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Love Health, Inc.

I am in good standing of the bars of the states of Florida, Colorado, and Washington, and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Per Local Rule 1.3, I have attached an affidavit and certificates of good standing from the Florida Supreme Court, Washington Supreme Court, Colorado Supreme Court, and District of Columbia Court of Appeals.

Dated: July 14, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

*Counsel for Defendant Love Health, Inc.*