UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ogilvie Brands, Inc. d/b/a Love Wellness,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Love Health, Inc.<br><br>　　　　Defendant. | Case No. 1:23-cv-4932-JHR<br><br>Judge Jennifer H. Rearden<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

  I, James M. Slater, an attorney at Slater Legal PLLC duly admitted to practice in the courts of the State of Florida, Colorado, Washington, and the District of Columbia, hereby swear under penalty of perjury and state as follows pursuant to Local Rule 1.3(c):

  1. As shown in the attached certificates of good standing, I am a member in good standing of the bars of the states of Florida, Colorado, and Washington, and the District of Columbia.

  2. I have never been convicted of a felony.

  3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

  4. There are no pending disciplinary proceedings against me.

Dated: July 12, 2023

Respectfully submitted,

James M. Slater
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

*Counsel for Defendant Love Health, Inc.*

2

STATE OF FLORIDA

COUNTY OF LEON

Sworn to and subscribed before me by means of [X] physical presence or [ ] online notarization, this 12 day of July, 2023, by James M. Slater.

(NOTARY SEAL)

By: _Kelly D. Thomas_

Printed Name: Kelly D. Thomas



KELLY D. THOMAS
Commission # GG 930356
Expires November 7, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

Personally Known [X] OR Produced Identification [ ]

Type of Identification Produced _____

3