UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ogilvie Brands, Inc. d/b/a Love Wellness,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Love Health, Inc.<br><br>　　　　Defendant. | Case No. 1:23-cv-4932-JHR<br><br>Judge Jennifer H. Rearden<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of James M. Slater for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Florida, Colorado, and Washington, and the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | James M. Slater |
| Firm Name: | Slater Legal PLLC |
| Address: | 113 S. Monroe Street |
| City / State / Zip: | Tallahassee, Florida 32301 |
| Telephone: | (305) 523-9023 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Love Health, Inc. in the above-titled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge