UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OGILVIE BRANDS, INC.,

                                Plaintiff,                              23-cv-4932 (JHR)

       -against-                                **ORDER SCHEDULING**
                                                                      **SETTLEMENT CONFERENCE**

LOVE HEALTH, INC.,

                                Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On **Monday, September 11, 2023, at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York, the parties shall appear for a conference, including to discuss "certain points related to the strength of Love Wellness' marks and relatedness of the Parties' goods and services raised during the Settlement Conference." ECF No.66 at 1. The parties must send the person with decision making authority to settle the matter to the conference.

       **SO ORDERED.**

DATED:    New York, New York
                 August 17, 2023

                                                                 _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge