UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OGILVIE BRANDS, INC.,

                                Plaintiff,                        23-cv-4932 (JHR)

                -against-                                **ORDER**

LOVE HEALTH, INC.,

                                Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The conference scheduled for Monday, September 11, 2023 at 2:00 p.m. is a **telephonic conference** and the parties need not attend in person. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       SO ORDERED.

DATED:     New York, New York
                August 31, 2023

                                                                        _____
                                                                        VALERIE FIGUEREDO
                                                                        United States Magistrate Judge