UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OGILVIE BRANDS, INC. d/b/a LOVE WELLNESS,<br><br>                Plaintiff,<br><br>          -v.-<br><br>LOVE HEALTH, INC.,<br><br>               Defendant. | 23 Civ. 04932 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **October 23, 2023 at 1:30 p.m.**, the Court will hold a status conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 616 362 652 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated: October 5, 2023
       New York, New York

                                                            _____
                                                            JENNIFER H. REARDEN
                                                            United States District Judge